AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Howard Tafler

V.

The District of Columbia, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV01563

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 08/03/2005

TO: (Name and address of Defendant)

Officer Grajales (Officially)
Metropolitan Police Department
1620 V Street, N.W.
Washington, D.C. 20009

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
Federal District Building — Suite 600
1010 Vermont Avenue, N. W
Washington DC 20005

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG -3 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 9-8-05 |
| NAME OF SERVER (PRINT) ADRIAN K BEAU | TITLE | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: (3D) 1620 V St NW

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-8-05
         Date

Signature of Server

230 New York St S.C.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Howard Tafler

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia

CASE NUMBER 1:05CV01563

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 08/03/2005

TO: (Name and address of Defendant)

Officer Grajales (Individually)
Metropolitan Police Department
1620 V Street, NW
Washington DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
Federal District Building - Suite 600
1010 Vermont Avenue, NW
Washington DC 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

AUG -3 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-9-05 |
| NAME OF SERVER (PRINT) ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: (20) 1611 V ST N W

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-05
             Date                    Signature of Server

230 NEWCOMB ST SE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.