**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **HOWARD TAFLER**<br>　　Plaintiff, | )<br>)<br>) |
| v. | ) **Civil Action No: 05CV01563**<br>) **JUDGE: Paul L. Friedman** |
| **THE DISTRICT OF COLUMBIA, et al**<br>　　Defendant(s) | )<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that I am over the age of 18 years and competent to testify to the matters set forth herein:

1.　That I am not a party to the above-referenced action.

2.　That on September 12, 2005 at the Office of the Honorable Mayor for the District of Columbia, 1350 Pennsylvania Avenue, NW, Washington, DC 20004, I caused to be served upon The Honorable Mayor, Anthony Williams, by delivering, via certified mail, return receipt requested, pursuant to Federal Rules of Civil Procedure, Complaint and Writ of Summons in the above captioned matter.

3.　That the original return Receipt is attached hereto as Exhibit A.

I HEREBY DECLARE and affirm under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Respectfully submitted,
THE IWEANOGES' FIRM P.C.

By: /s/ JCI

Jude C. Iweanoge
1010 Vermont Avenue, NW, Ste. 600
Washington, DC 20005
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

***Attorney for Plaintiff***

**EXHIBIT A**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): D.C. Gov't  B. Date of Delivery: 9-12-2005<br>C. Signature: XM. Smith  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>SEP 13 2005 |
| 1. Article Addressed to:<br><br>THE HONORABLE MAYOR<br>FOR THE DISTRICT OF COLUMBIA<br>1350 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20004 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0001 1075 1245 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| HOWARD TAFLER<br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al<br>Defendant(s) | )<br>)<br>)<br>) Case Number: 05CV01563<br>) JUDGE: Paul L. Friedman<br>)<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that I am over the age of 18 years and competent to testify to the matters set forth herein:

1. That I am not a party to the above-referenced action.

2. That on September 12, 2005 at the Office of the Attorney General for the District of Columbia, 1350 Pennsylvania Avenue, NW, Ste. 409, Washington, DC 20004, I caused to be served upon The Attorney General, by delivering, via certified mail, return receipt requested, pursuant to Federal Rules of Civil Procedure, Complaint and Writ of Summons in the above captioned matter.

3. That the original return Receipt is attached hereto as Exhibit A.

I HEREBY DECLARE and affirm under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Page 1 of 2

Respectfully submitted,
THE IWEANOGES' FIRM P.C.

By: _____
Jude C. Iweanoge
1010 Vermont Avenue, NW, Ste. 600
Washington, DC 20005
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

*Attorney for Plaintiff*

Page 2 of 2

**EXHIBIT A**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* DC Gov't   B. Date of Delivery 9-12-2005<br>C. Signature X M. Smith   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>SEP 13 2005 |
| 1. Article Addressed to:<br><br>THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>1350 PENNSYLVANIA AVE, NW.<br>WASHINGTON, DC 20004 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7001 1140 0001 1075 1238 |