UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE RESPONSE TO THE COMPLAINT**

The District of Columbia, by and through its undersigned counsel, respectfully requests that the Court grant an additional thirty (30) days to file an Answer to the Complaint or other responsive pleading. In support thereof, the District of Columbia states as follows:

1.  The individual defendants, Anthony Hector and Oscar Grajales, have not yet been served in this case. The affidavits of service state that Officer Hector and Officer Grajales were served at the Metropolitan Police Department Third District Station on September 8, 2005; however, Officer Hector has not been an MPD employee since June 6, 2005 and Officer Grajales has not been an MPD employee since January 17, 2004. Therefore, these individuals have not been personally served, and do not waive their rights to proper service.

2.  By filing this Motion, the District of Columbia does not waive its right to proper service for the District or the individual officers, or the right to move to dismiss on this ground.

3.     The District submits that no party would be prejudiced by the requested extension of time.  Moreover, counsel for Plaintiff has consented to the relief requested herein.

Accordingly, the District of Columbia requests that the Court grant a thirty-day extension of time to file an Answer or other responsive pleading in this matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


 /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

1.   Fed. R. Civ. P. 6(b).

2.   Fed. R. Civ. P. 12.

3.   The interests of justice and the record herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov