## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **HOWARD TAFLER** <br>     **Plaintiff,** <br> <br>     **v.** <br> <br> **THE DISTRICT OF COLUMBIA, et al** <br>     **Defendant(s)** | ) <br> ) <br> ) <br> ) **Civil Action No: 05CV01563(PLF)** <br> ) **JUDGE: Paul L. Friedman** <br> ) <br> ) |

**************************************

### MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff Howard Tafler, by and through undersigned counsel and THE IWEANOGES' FIRM, P.C., his attorneys, respectfully requests this Honorable Court, pursuant to Fed. R. Civ. P. Rule 15 for leave to amend his complaint to correct the date of the occurrence that forms the basis of this action. In support the Plaintiff states:

1. That on August 3, 2005, Plaintiff filed his complaint in the instant matter.

2. That on September 28, 2005 counsel for District of Columbia, brought to the attention of Plaintiff's counsel that the date of the incident that gave rise this cause of action was incorrectly written as August 4, 2005. The proper date for the incident was August 4, 2002.

3. That the Plaintiff is requesting leave to amend his complaint to change the incorrect date contained in the original complaint, to the correct date of August 4, 2002.

4. That no responsive pleadings have been filed in this matter by the Defendants.

5. That Plaintiff's amended complaint is attached herewith as Exhibit 2.

6. That counsel for District of Columbia consents to this motion.

WHEREFORE, Plaintiff through Counsel respectfully requests this Honorable Court to grant his motion to amend complaint based on the foregoing reasons and any other reasons that may appear to the Court.

        Respectfully submitted,
        THE IWEANOGES' FIRM P.C.

By: /s/
        Jude C. Iweanoge
        1010 Vermont Avenue, NW, Ste. 600
        Washington, DC 20005
        Phone: (202) 347-7026
        Fax: (202) 347-7108
        Email: jci@iweanogesfirm.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion together with a copy of the amended complaint was served electronically to Shannon Frost, Esquire. *Attorney for Defendant* and mailed by first class mail to*:*

OFFICER ANTHONY HECTOR
Metropolitan Police Department
1624 V Street, N.W.
Washington, D.C. 20009

OFFICER GRAJALES
Metropolitan Police Department
1624 V Street, N.W.
Washington, D.C. 20009

        /s/
        Jude C. Iweanoge