UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGMENT OF
TIME TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

The District of Columbia, by and through its undersigned counsel, respectfully requests that the Court grant it an additional seven (7) days to file a response to Plaintiff's Amended Complaint. In support thereof, the District of Columbia states as follows:

1. The individual defendants, Anthony Hector and Oscar Grajales, have not yet been served in this case and do not waive their rights to proper service.

2. By filing this Motion, the District of Columbia does not waive its right to proper service for the District or the individual officers, or the right to move to dismiss on this ground.

3. The District submits that no party would be prejudiced by the requested extension of time. Moreover, counsel for Plaintiff has indicated that he does not oppose the relief requested herein.

Accordingly, the District of Columbia requests that the Court grant a seven-day extension of time, up to and including Monday, December 5, 2005, to file a response to the Amended Complaint in this matter.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        _/s/ *Nicole L. Lynch*_____
        NICOLE L. LYNCH (471953)
        Chief, Section II


        _/s/ *Shana L. Frost*_____
        SHANA L. FROST (458021)
        Assistant Attorney General
        441 4th Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6534
        Fax: (202) 727-3625
        shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOWARD TAFLER,            )<br>                          )<br>      Plaintiff,          )<br>                          )<br>      v.                    )<br>                          )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>                          )<br>      Defendants.         )<br>                          ) | C.A. No. 05-1563 (PLF) |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12.

3. The interests of justice and the record herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_/s/_____
NICOLE L. LYNCH (471953)
Chief, Section II

\_\_/s/_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov