**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  | ) | |
|---|---|---|
| **HOWARD TAFLER,** | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. No. 05-1563 (PLF)** |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, *et al.*,** | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**ORDER**

Before the Court is Defendant District of Columbia's Consent Motion for

Enlargement of Time to File a Response to the Amended Complaint.  Upon consideration

of the District's Consent Motion, it is this ____ day of _____, 2005:

**ORDERED** that the District of Columbia's Consent Motion for Enlargement of

Time to File a Response to the Amended Complaint be and hereby is **granted**; and it is

**FURTHER ORDERED** that the Defendants shall have up to and including

Monday, December 5, 2005 to file a response to the Amended Complaint.


_____
Hon. Paul L. Friedman
United States District Judge


Copies served on all counsel via ECF