AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Howard Tafler

**SUMMONS IN A CIVIL CASE**

v.

The District of Columbia et al.

CASE NUMBER  1:05CV01563

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 08/03/2005

TO: (Name and address of Defendant)

Officer Anthony Hector (Officially)
Metropolitan Police Department
1620 V Street, N.W.
Washington, DC. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
Federal District Building - Suite 800
1010 Vermont Avenue, N.W.
Washington D.C. 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG - 3 2005
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9-9-05 |
| NAME OF SERVER *(PRINT)* ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: (SD) 1620 V ST NW

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-05
          Date

Signature of Server: *[signed]* Adrian K Bean

Address of Server: 230 NEWCOMB ST S.E.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Howard Tafler

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER 1:05CV01563

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 08/03/2005

TO: (Name and address of Defendant)

Officer Anthony Hector (unknown)
Metropolitan Police Department
1620 V Street, N.W.
Washington D.C 20009

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
Federal District Building - Suite 600
1010 Vermont Avenue, NW
Washington D.C, 20005

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG -3 2005
_____          _____
CLERK                                 DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾ — DATE: 9-9-05

NAME OF SERVER (PRINT): ADRIAN K BEAN
TITLE: INVESTIGATOR

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 3D 1620 V ST W W

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

[ ] Returned unexecuted: ____

[ ] Other (specify): ____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-05
Date

Signature of Server

230 NEWCOMB ST S.E
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.