UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the District of Columbia's Motion to Dismiss. Upon consideration of the Motion to Dismiss, and any memoranda in opposition thereto or support thereof, it is this ____ day of _____, 2005:

**ORDERED** that the District of Columbia's Motion to Dismiss be and hereby is **granted**; and it is

**FURTHER ORDERED** that the above-captioned matter be and hereby is **dismissed with prejudice** as to all Defendants.

_____
Hon. Paul L. Friedman
United States District Judge