**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** )<br>    **Plaintiff,** )<br>)<br>    **v.** )<br>)<br>**THE DISTRICT OF COLUMBIA, et al** )<br>    **Defendant(s)** ) | **Civil Action No: 05CV01563**<br>**JUDGE: Paul L. Friedman** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT DISTRICT OF COLUMBIA MOTION TO DISMISS**

COMES NOW, Plaintiff, Howard Tafler, by and through his attorneys Jude C. Iweanoge and THE IWEANOGES' FIRM, P.C., respectfully request this Honorable Court to grant Plaintiff's motion to extend time to file response to District of Columbia's motion to dismiss and in support states as follows:

1. That this case arose out of civil rights violation that resulted in severe bodily injuries to the Plaintiff.

2. Defendant District of Columbia filed a motion to dismiss on December 5, 2005 and the response is due on or before December 16, 2005.

3. That undersigned counsel would not be able to file an opposition to District of Columbia's motion to dismiss due to his schedule and other motion due at about the same time.

4. That Plaintiff needs additional 15 days to be able to file an opposition to District of Columbia's motion to dismiss.

5. That counsel for District of Columbia does not oppose the instant motion.

6. For such other and further relief as the nature of Plaintiff's cause require.

WHEREFORE, Plaintiff by and through his attorneys respectfully request in the interest of justice that the Court grant a Fifteen-day extension of time, up to and including Friday December 30, 2005, to file a response to District of Columbia's motion to dismiss.

                                                  Respectfully Submitted,
                                                  THE IWEANOGES FIRM P.C.

<u>Howard Tafler</u>                    By: _____<u>/s/</u>_____
 Plaintiff by Counsel                      Jude C. Iweanoge
                                                  John O. Iweanoge, Jr.
                                                  Charles C. Iweanoge
                                                  1010 Vermont Avenue, NW, Ste 600
                                                  Washington, D.C. 20005
                                                  Phone: (202) 347-7026
                                                  Fax: (202) 347-7108
                                                  Email: joi@iweanogesfirm.com
                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served electronically to Shannon Frost, Esquire. *Attorney for Defendant*

                                                  _____<u>/s/</u>_____
                                                      Jude C. Iweanoge