AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | JAN 3, 2006 |
| NAME OF SERVER *(PRINT)* ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1350 PENNSYLVANIA AVE N.W. ST 419 MAYOR OFFICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gladys Herring

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/3/06
Date

Signature of Server

230 NEWCOMB ST S.E.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOWARD TAFLER

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al

CASE NUMBER: 1:05CV01563 (PLF)

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA
Serve on: THE HONORABLE ANTHONY WILLIAMS
  MAYOR OF THE DISTRICT OF COLUMBIA
  OFFICE OF THE SECRETARY
  1350 PENNSYLVANIA AVENUE, STE. 419
  WASHINGTON, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JUDE C. IWEANOGE, ESQ.
THE IWEANOGES FIRM, P.C.
1010 VERMONT AVE., NW, STE. 600
WASHINGTON, DC 20005

Amended
an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Amended Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

JAN - 3 2006

CLERK

DATE

Received by Gladys Herring

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOWARD TAFLER

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al

CASE NUMBER: 1:05CV01563 (PLF)

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA
Serve on: ROBERT J. SPAGNOLETTI
ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA
ATTN: CIVIL LITIGATION DIVISION
441 4TH STREET, NW, STE. 600
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JUDE C. IWEANOGE, ESQ.
THE IWEANOGES FIRM, P.C.
1010 VERMONT AVE., NW, STE. 600
WASHINGTON, DC 20005

received
Gale Rivera
1/3/06
10/32 am

an answer to the *Amended* complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *Amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                          JAN -3 2006

CLERK                                                DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE: JAN 3, 2006 |
| NAME OF SERVER (PRINT): ADRIAN K BEAN | TITLE: INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 441 4th S.T N.W WASH D.C. STE 600 / LIT DIV

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: GALE RIVERS

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/3/06
Date

Signature of Server

Address of Server: 230 NEWCOMB S.T S.E

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.