AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOWARD TAFLER

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET AL

CASE NUMBER: 1:05CV1563  PLF

TO: (Name and address of Defendant)

OFFICER ANTHONY HECTOR (Individually)
Metropolitan Police Department
1624 V. Street, NW
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esquire
1010 Vermont avenue, NW, Suite 600
Washington, D.C. 20005

an answer to the AMENDED complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                     NOV 1 6 2005

CLERK  /s/ Laura Chipley                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Feb 2, 06  11:20 P/M |
| NAME OF SERVER *(PRINT)* Dwayne Boston | TITLE  PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 18245 Smoke House Ct Germantown Md

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-2-06
        Date

Signature of Server: *Dwayne Boston*

Address of Server: 1522 K St NW Ste 200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOWARD TAFLER

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET AL

CASE NUMBER: 1:05CV1563 PLF

TO: (Name and address of Defendant)

OFFICER ANTHONY HECTOR (Officially)
Metropolitan Police Department
1624 V. Street, NW
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esquire
1010 Vermont avenue, NW, Suite 600
Washington, D.C. 20005

an answer to the AMENDED complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                   NOV 1 6 2005

CLERK _Laura Chipley_                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  Feb 2, 06  11:20 P.M |
| NAME OF SERVER (PRINT)  Dwayne Boston | TITLE  PPS |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: 18245 Smoky House Ct
Germantown, Md

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-2-06
              Date

             Signature of Server

1522 K St NW Ste 200
      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.