# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HOWARD TAFLER**   )  | |
|     **Plaintiff,**   ) | |
| ) | |
|     **v.**   ) | **Civil Action No: 05CV01563** |
| ) | **JUDGE: Paul L. Friedman** |
| **THE DISTRICT OF COLUMBIA, et al**   ) | |
|     **Defendant(s)**   ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINITFF'S MOTION FOR ENLARGEMENMT OF TIME FOR 60 DAYS TO SERVE DEFENDANT GRAJALES

COMES NOW, Plaintiff, Howard Tafler, by and through his attorneys Jude C. Iweanoge and THE IWEANOGES' FIRM, P.C., respectfully request this Honorable Court to grant Plaintiff's motion to extend time for service of summons on Defendant Grajales for 60 days, and in support states as follows:

1.    That this case arose out of civil rights violation that resulted in severe bodily injuries to the Plaintiff.

2.    That subsequently and in good faith, Plaintiff filed the lawsuit to toll the statute of limitation, which ran on August 4, 2005.

3.    That Plaintiff filed his complaint on August 3, 2005 and summonses were issued on the same day. Plaintiff subsequently filed an amended complaint and new summons were issued on November 16, 2005.

4.    That Defendant District of Columbia has been served in this matter.

5.    That Defendant Anthony Hector has been served in this matter.

6.    That Plaintiff has not been able to serve Defendant Grajales despite due diligence.

7. That pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Plaintiff is required to perfect service on Defendant Grajales on or before February 16, 2006, i.e. 120 days from the date of the Court's order accepting Plaintiff's amended complaint as filed.

8. That Plaintiff wants to prosecute his case and has taken reasonable steps to obtain forwarding addresses and ensure service on Defendant Grajales who now resides in Austin Texas, but without success.

9. That Plaintiff through counsel has retained the services of Dwayne Boston an investigator/process server, who has been attempting through his associate at Austin Texas to serve Defendant Grajales.

10. That there exists reasonable prospect that service on Defendant Grajales will be obtained.

11. That Plaintiff request re-issuance of summons in order to serve Defendant Grajales with the summons and complaint.

12. That the statute of limitation has run in this case and if the time for service is not extended, Plaintiff would be unable to re-file his case.

13. That the Defendants both served and unserved, would not be prejudiced if the time for service on Defendant Grajales is extended by 60 days. However, Plaintiff will be unduly prejudiced if the time to serve Defendant Grajales is not extended.

14. That counsel for District of Columbia was contacted prior to filing this motion but she did not consent to the relief requested herein.

15. That despite diligent efforts Plaintiff was unable to obtain the consent of Defendant Hector at the time of the filing of this motion.

16. For such other and further relief as the nature of Plaintiff's cause require.

WHEREFORE, Plaintiff respectfully requests that this motion to enlarge the time to serve Defendant Grajales by 60 days be granted in the interest of justice.

        Respectfully Submitted,
        THE IWEANOGES FIRM P.C.

By: _____
        Jude C. Iweanoge
        John O. Iweanoge, Jr.
        Charles C. Iweanoge
        1010 Vermont Avenue, NW, Ste 600
        Washington, D.C. 20005
        Phone: (202) 347-7026
        Fax: (202) 347-7108
        Email: joi@iweanogesfirm.com
        Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** )<br>    **Plaintiff,** )<br>)<br>    **v.** )<br>)<br>**THE DISTRICT OF COLUMBIA, et al** )<br>    **Defendant(s)** ) | **Civil Action No: 05CV01563**<br> **JUDGE: Paul L. Friedman** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rules of Civil Procedure, Rule 4(m)

2. federal Rules of Civil Procedure, Rule 6(b)

3. The interest of justice and the record herein

 

Respectfully Submitted,
THE IWEANOGES FIRM P.C.

By: _____
Jude C. Iweanoge
John O. Iweanoge, Jr.
Charles C. Iweanoge
1010 Vermont Avenue, NW, Ste 600
Washington, D.C. 20005
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com
Attorneys for Plaintiff