UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**HOWARD TAFLER**         )
    **Plaintiff,**         )
                              )
    **v.**         )   **Civil Action No: 05CV01563**
                              )   **JUDGE: Paul L. Friedman**
**THE DISTRICT OF COLUMBIA, et al**   )
    **Defendant(s)**         )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Consent Motion to Extend Time for Service of Summons on Defendant Grajales, it is hereby this _____ day of _____ 2006:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** that Plaintiff is given additional Sixty (60) days to serve Defendant Grajales, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**


                                                          Judge Paul L. Friedman