UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR 60 DAYS TO SERVE DEFENDANT GRAJALES**

Defendant District of Columbia ("the District") respectfully opposes Plaintiff's request for additional time to serve former Metropolitan Police Department Officer Oscar Grajales. In support thereof, the District states as follows:

1. Plaintiff filed the above-captioned matter over six (6) months ago on August 3, 2005.

2. Plaintiff originally filed an affidavit indicating that Mr. Grajales had been personally served. Plaintiff now admits this affidavit was false.

3. Plaintiff did not file a motion for extension of time prior to the expiration of the 120-day deadline to serve Mr. Grajales as required by Fed. R. Civ. P. 4(m).

4. Plaintiff has not shown good cause for the untimely requested extension of time as required by Fed. R. Civ. P. 4(m).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_/s/_____
NICOLE L. LYNCH (471953)
Chief, Section II

\_\_\_/s/_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov