UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HOWARD TAFLER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-1563 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PRAECIPE**

Defendant Anthony Hector joins in the District of Columbia's Motion to Dismiss. By doing so, Defendant Hector does not waive his right to proper service, as outlined in the District's Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


__/s/_____
NICOLE L. LYNCH (471953)
Chief, Section II


__/s/_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov