## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **HOWARD TAFLER** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v.  ) | **Civil Action No: 05CV01563 (PLF)** |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al** ) | |
|     **Defendant(s)** ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S RESPONSE TO DEFENDANT HECTOR'S PRAECIPE TO JOIN IN THE DISTRICT OF COLUMBIA MOTION TO DISMISS

COMES NOW, the Plaintiff, Howard Tafler, by and through his attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and hereby files this response to Defendant Hector's *praecipe* to join District of Columbia's Motion to Dismiss. In support thereof Plaintiff states:

1. That Plaintiff incorporates his previously filed opposition to District of Columbia's motion to dismiss as if fully set for herein.

2. That Plaintiff renews his earlier arguments raised in his previously filed opposition to District of Columbia's motion to dismiss.

3. That Defendant Hector was personally and properly served with summons and amended complaint in this matter on February 2, 2006 as evidenced by the return of service filed in the instant matter.

4. That Defendant Hector's praecipe is ambiguous and insufficient in that most of the arguments raised in District of Columbia's motion to dismiss do not apply to Defendant Hector who is sued in his official and individual capacity.

5. That by filing the praecipe and subjecting himself to the jurisdiction of this court Defendant Hector admits that he has been properly served with the summons and amended complaint.

6. That District of Columbia's motion to dismiss contends that Defendant Hector has not been served at all. However, Defendant Hector has now being served and thus cannot rely on District of Columbia's motion that has been rendered moot by proper service on Defendant Hector.

7. That pursuant to F.R.C.P. 12(h), a defense of insufficiency of process, or insufficiency of service of process is waived if omitted in the initial motion or pleading filed by the Defendant. In the case *sub judice*, Defendant Hector has not challenged service of process by either filing a motion to quash service or raise a defense of insufficiency of service of process. In reading Defendant Hector's praecipe, he only makes a bald assertion that "Defendant Hector does not waive his right to proper service", without specifically challenging or objecting to the sufficiency of service as mandated by F.R.C.P. 12(g) and (h). Therefore, Defendant Hector has waived his right to object to the service of process although service is proper against Defendant Hector in the instant case.

8. That Plaintiff's claim for conspiracy to violate constitutional rights is proper against the individual police officers. Unlike a section 1983, which requires that the offending action be done under the color of state law, "the scope of statutes prohibiting conspiracies to interfere with civil rights is considerably broader and can reach conspiracies composed of federal officers or federal employees." Federer v. Gephardt, 363 F.3d 754 (8th Cir. 2004).

9. That Plaintiff's claim pursuant to §1985(3) is not limited to the individual defendants being sued in their official capacity as required under §1983. The District of Columbia in its

motion to dismiss incorrectly relies on <u>Michelin v. Jenkins</u>, 704 F.Supp. 1, 4 (D.D.C. 1989) for the proposition that although Plaintiff sues the individual officers in their individual capacities, any federal claims for violation of civil rights as a state actor is limited to the individual defendant's being sued in their official capacities. Nonetheless, <u>Michelin</u>, makes no mention of such a contention but specifically refers to §1983 claims. <u>Id.</u>

WHEREFORE, based on the foregoing, Plaintiff request that Defendant's praecipe be denied and that defendant Hector be ordered to file a responsive pleading in the instant matter as to all counts.

        Respectfully submitted,
        THE IWEANOGES' FIRM P.C.


By:_____/s/*Jude Iweanoge*/s/_____
        Jude C. Iweanoge
        Federal District Building-Suite 600
        1010 Vermont Avenue, NW
        Washington, DC 20005
        Phone: (202) 347-7026
        Fax: (202) 347-7108
        Email: jci@iweanogesfirm.com


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 10, 2006 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.

        _____/s/_____
        Jude C. Iweanoge