UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     **v.** ) | **Civil Action No: 05CV01563** |
| ) |   **JUDGE: Paul L. Friedman** |
| **THE DISTRICT OF COLUMBIA, et al** ) | |
|     **Defendant(s)** ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE PROOF OF SERVICE ON DEFENDANT GRAJALES**

COMES NOW, Plaintiff, Howard Tafler, by and through his attorneys Jude C. Iweanoge and THE IWEANOGES' FIRM, P.C., respectfully request this Honorable Court to grant Plaintiff's motion to extend time to file proof of service of summons on Defendant Grajales and in support states as follows:

1. That this case arose out of civil rights violation that resulted in severe bodily injuries to the Plaintiff.

2. That subsequently and in good faith, Plaintiff filed the lawsuit to toll the statute of limitation, which ran on August 4, 2005.

3. That Defendants District of Columbia and Anthony Hector have been served in this matter.

4. That despite reasonable efforts to serve Defendant Grajales and file proof of service by April 18, 2006 pursuant to the Court Order, Plaintiff has been able to serve Defendant Grajales but is unable to file proof of service by said date.

5. That Defendant Grajales has just been recently served in Austin Texas, through the services of a process server based in Austin Texas after several months of continous attempts to serve him.

6. That undersigned counsel has been advised that the proof of service has been executed and that same has been mailed to undersigned counsel on Monday April 17, 2006 for filing.

7. That as at the time of filing this motion, undersigned counsel has not received a copy of the proof of service, and as such would require additional time to file the affidavit of service.

8. That Defendant Grajales has now been properly served after many months of diligent efforts and Plaintiff would be prejudiced if not given additional time to file proof of service.

9. That the statute of limitation has run in this case and if the time for service is not extended, Plaintiff would be unable to re-file his case.

10. That the Defendants will not be prejudiced if the time to file the proof of service in this case is extended. However, Plaintiff will be greatly prejudiced if the time to file the proof of service on Defendant Grajales is not extended.

11. That undersigned counsel attempted to contact counsel for District of Columbia prior to filing this motion to obtain her consent but she was not available.

12. For such other and further relief as the nature of Plaintiff's cause require.

WHEREFORE, Plaintiff by and through his attorneys respectfully request that this motion to extend the time to file proof of service on Defendant Grajales be granted in the interest of justice.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>THE IWEANOGES FIRM P.C. |
| <u>Howard Tafler</u><br>Plaintiff by Counsel | By: _____<br>Jude C. Iweanoge<br>John O. Iweanoge, Jr.<br>Charles C. Iweanoge<br>1010 Vermont Avenue, NW, Ste 600<br>Washington, D.C. 20005<br>Phone: (202) 347-7026<br>Fax: (202) 347-7108<br>Email: joi@iweanogesfirm.com<br>Attorneys for Plaintiff |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served electronically to Shannon Frost, Esquire. *Attorney for Defendants*

_____/s/_____
Jude C. Iweanoge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** )<br>    **Plaintiff,** )<br> )<br>    **v.** )<br> )<br>**THE DISTRICT OF COLUMBIA, et al** )<br>    **Defendant(s)** ) | **Civil Action No: 05CV01563**<br> **JUDGE: Paul L. Friedman** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

**UPON CONSIDERATION** of Plaintiff's Motion to Extend Time to File Proof of Service of Summons on Defendant Grajales, it is hereby this _____ day of _____ 2006:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** that Plaintiff is given additional Seven (7) days to file proof of service on Defendant Grajales, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**


_____
JUDGE