UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05CV01563 (PLF)

HOWARD TAFLER
VS.
DISTRICT OF COLUMBIA, ET AL

**RETURN**

Came to hand: 4 / 14 /2006, at 1:15 o'clock P .M.

☑ Summons in a Civil Case
☑ Amended Complaint
☑ Jury Demand

Executed on: 4 / 15 /2006, at 8:10 o'clock A .M.

Executed at 9823 Mandeville Circle, Austin, Texas, within the County of Travis, by delivering to OFFICER OSCAR GRAJALES (PERSONALLY), by delivering to his father, OSCAR GRAJALES, SR., in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

_____
Authorized Person: GEORGE L. CASTILLO
c/o BOSTON PROCESS SERVERS
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS   }

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 17th day of April 2006.

DANA I. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

Notary Public Signature

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05CV01563 (PLF)

HOWARD TAFLER
VS.
DISTRICT OF COLUMBIA, ET AL

### RETURN

Came to hand: 4 / 14 /2006, at 1:15 o'clock P.M.

☑ Summons in a Civil Case
☑ Amended Complaint
☑ Jury Demand

Executed on: 4 / 15 /2006, at 8:10 o'clock A.M.

Executed at 9823 Mandeville Circle, Austin, Texas, within the County of Travis, by delivering to OFFICER OSCAR GRAJALES (OFFICIALLY), by delivering to his father, OSCAR GRAJALES, SR., in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

_____
Authorized Person: GEORGE L. CASTILLO
c/o BOSTON PROCESS SERVERS
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 17th day of April 2006.

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

_____
Notary Public Signature