UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF OSCAR STEFAN GRAJALES

I, Oscar Stefan Grajales, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am a former officer of the District of Columbia Metropolitan Police Department.

3. I am a resident of the State of Vermont. I have been a resident of the State of Vermont since I left the District of Columbia Metropolitan Police Department in January 2004.

4. When I left my employment with the District of Columbia Metropolitan Police Department I did not provide a forwarding address as I was in the process of relocating. Thus, the last address that the Metropolitan Police Department would have on file for me was that of my parents in Austin, Texas.

5. I understand that a process server attempted to serve a summons and a complaint on me by serving these papers on my father, Oscar Manuel Grajales, who lives

**EXHIBIT 1**

in Austin, Texas. I have not lived in the state of Texas since 1999, when I left to attend the Washington College of Law at American University in Washington DC.

    6.    It is also my understanding that my father informed the process server that I did not reside with them and that I lived in New England. Nonetheless, the process server left the summons and complaint with my father and told him that it was fine for him to do so because he was not leaving the paperwork with a minor.

    7.    I have never authorized my father to accept service of process on my behalf.

    8.    By filing this Affidavit and my Motion to Dismiss, I do not waive personal service, nor do I waive my right to proper personal service.

_____
Oscar Stefan Grajales

Subscribed and sworn to me this 25 day of April, 2006 in the State of Vermont, County of Chittenden.

_____
Notary Public  HIGBEE

My commission expires: 2-10-07