UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 05-1563 (PLF) |

**ORDER**

Before the Court is Defendant Oscar Grajales' Motion to Dismiss. Upon consideration of the Motion, any memoranda in opposition or reply thereto, and the entire record herein, it is this _____ day of _____, 2006:

**ORDERED** that Defendant Oscar Grajales' Motion to Dismiss be and hereby is **granted**; and it is

**FURTHER ORDERED** that Defendant Oscar Grajales be and hereby is **dismissed** from this matter.

_____
Hon. Paul L. Friedman
United States District Judge