# PRIVATEEYE
### Because you need to know.

You are curr

Welcome: John Iweanoge     Membership: Click here to purchase a membership!

Search Again >>

## Comprehensive Background Check

| | |
|---|---|
| Subject Name: | GRAJALES, OSCAR S |
| Date: | 12/14/2005 10:04:01 AM |

### Name and Address Reported Information for GRAJALES, OSCAR S

| | |
|---|---|
| Name(s): | GRAJALES, OSCAR S |
| Possible Current Address: | 9823 Mandeville Cir, Austin TX 78750 |
| Possible Previous Address: | 12401 Hymeadow Dr, Austin TX 78750 |
| Possible Previous Address: | 1718 P St, Washington DC 20036 |
| Possible Previous Address: | 806 W 24th St, Austin TX 78705 |
| Possible Previous Address: | 1718 St, Washington DC 20036 |
| Possible Previous Address: | 13740 N Highway 183, Austin TX 78750 |

### Possible Relatives for GRAJALES, OSCAR S

| | | |
|---|---|---|
| Relatives: | GRAJALES, BONNIE F<br>(GRAJALES, , BONNIE)<br>(GRAJALES, BONNIE, )<br>(GRAJALES, BONNIE, F) | 9823 Mandeville Cir<br>Austin TX 78750<br>119 Shasta Ave<br>Mcallen TX 78504<br>2032 Belmont Rd<br>Washington DC 20009<br>12401 Hymeadow Dr<br>Austin TX 78750<br>4 PO Box<br>Santa Rosa TX 78593 |
| | GRAJALES, MELISSA A<br>(GRAJALES, , M)<br>(GRAJALES, , MELISSA)<br>(GRAJALES, MELISSA, ) | 6721 Old Quarry Ln<br>Austin TX 78731<br>9823 Mandeville Cir<br>Austin TX 78750<br>10707 Lake Creek Pk 12<br>Austin TX 78750<br>11903 Stout Oak Trl<br>Austin TX 78750<br>1951 Montell Rd<br>Wimberley TX 78676<br>2323 San Antonio St<br>Austin TX 78705<br>119 Shasta<br>Mcallen TX 78504 |
| | GRAJALES, JR OSCAR<br>(GRAJALES, JR, O)<br>(GRAJALES, JR, OSCAR) | 9823 Mandeville Cir<br>Austin TX 78750 |

### Possible Associates of GRAJALES, OSCAR S