UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| SUPERIOR COURT OF THE ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant Attorney General David A. Jackson as co-counsel for Defendants in the above-captioned matter.

Assistant Attorney General Shana L. Frost will remain as lead counsel.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

     /s/  David A. Jackson
 DAVID A. JACKSON [471535]
Assistant Attorney General
Judiciary Square, Room 6S 079
441 4th Street, N.W.
Washington, D.C.  20001
(202)-724-6618
David.Jackson@dc.gov