UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HOWARD TAFLER,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 05-1563 (PLF)
                                    )
DISTRICT OF COLUMBIA, et al.,       )
                                    )
            Defendants.             )
_____)

ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that defendant District of Columbia's motion to dismiss [9], joined by defendant Hector, is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that defendant Grajales' motion to dismiss him from this case [22] is GRANTED without prejudice; it is

FURTHER ORDERED that Counts II, III, V, VI, VII, VIII, IX, and X in this case are DISMISSED; and it is

FURTHER ORDERED that a status conference in this case is scheduled for December 13, 2006 at 9:45 a.m. The parties shall file a joint meet and confer statement pursuant to Local Civil Rule 16.3 by December 5, 2006 and shall also come to the status conference prepared to discuss whether and how to proceed with mediation or settlement discussions.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 8, 2006