UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No: 05CV01563 (PLF) |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al** ) | |
|     **Defendant(s)** ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MEET AND CONFER STATEMENT

The parties, Plaintiff, Howard Tafler (hereinafter referred to as Plaintiff), and Defendants, District of Columbia, and Officer Anthony Hector (hereinafter referred to as Defendants) submit this joint meet and confer statement pursuant to Local Civil Rule 16.3. Pursuant to Rule 16.3, the parties conferred, and this joint statement reflects the agreements reached by counsels.

1. The parties believe that this should be placed on the standard track.

2. The Plaintiff agrees that it is the Court's prerogative as to whether the case should be assigned to a magistrate judge for discovery disputes only. The Defendants object to this case being assigned to a magistrate judge for any purpose other than mediation.

3. The parties will not rule out the possibility of settlement and will attempt to discuss same during the course of the litigation.

4. The parties believe that mediation is appropriate and recommend that mediation be conducted at the close of discovery.

5. The parties propose the following dates for discovery and filing of dispositive motions, oppositions and reply motions:

    Plaintiff's 26(a)(2) Disclosure:    February 13, 2007

    Defendants' 26(a)(2) Disclosure:    March 12, 2007

        Discovery Completion:        May 31, 2007

        Dispositive Motions:        June 29, 2007

        Opposition Motions:        July 19, 2007

        Reply Motions:        July 31, 2007

        Pre-trial Conference:        After resolution of dispositive motions.

6.    The parties have agreed to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

7.    The parties propose limiting discovery to 3 depositions per side, 25 interrogatories, including but not limited to parts and subparts and 25 requests for production of documents for each party. In addition to the limits above, parties reserve the right to depose any and all expert witnesses identified.

8.    This matter is not a class action.

9.    Defendants would request bifurcation of this matter into two phases, reserving the issue of municipality liability under Section 1983 until a finding of an underlying constitutional violation, if any, by the individual defendant officers. The Plaintiff opposes the bifurcation of this matter or reserving the issue of municipal liability under §1983.

10.    The parties propose that the Court set a pretrial date according to the Court's calendar.

11.    The parties prefer that the Court set a trial date at the pretrial conference.

        Respectfully submitted,
        THE IWEANOGES FIRM, P.C.


        By   /s/judeciweanoge/s/
           Jude C. Iweanoge
           John O. Iweanoge, Jr.
           Charles C. Iweanoge

        1010 Vermont Avenue, NW, Ste. 600
        Washington, DC 20005
        Phone: (202) 347-7026
        Fax: (202) 347-7108
        Email: jci@iweanogesfirm.com
        Attorneys for Plaintiffs


EUGENE ADAMS
Interim Attorney General for D.C.


GEORGE C. VALENTINE
Deputy Attorney Counsel
General Litigation Division


_____
NICOLE L. LYNCH [471953]
Chief, General Litigation, Section I


_____
DAVID A. JACKSON
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
(202) 724-6618

Attorneys for Defendants