# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** )<br>      Plaintiff, )<br>  )<br>   v. ) Civil Action No: 05CV01563 (PLF)<br>  )<br>**THE DISTRICT OF COLUMBIA, et al** )<br>      Defendant(s) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LINE

Pursuant to the Court's Order canceling the status conference scheduled for December 13, 2006 at 9:45 a.m., please be advised that undersigned counsel will be out of the country from December 18, 2006 through January 11, 2007. Undersigned respectfully request that the Court avoid re-scheduling the status conference in the instant matter during the aforstated period.

Respectfully submitted,
THE IWEANOGES FIRM, P.C.

By___/s/judeciweanoge/s/_____
    Jude C. Iweanoge
    John O. Iweanoge, Jr.
    Charles C. Iweanoge
    1010 Vermont Avenue, NW, Ste. 600
    Washington, DC 20005
    Phone: (202) 347-7026
    Fax: (202) 347-7108
    Email: jci@iweanogesfirm.com
    Attorneys for Plaintiffs