UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RULE 26(a)(1) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), the Defendants hereby submit their initial disclosures.

    A.    **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Howard Tafler, 15 Bank Street, Apartment 409, Philadelphia, PA 19106. Mr. Tafler is the Plaintiff in this action and will have information regarding his claims.

2. Anthony Hector, 18245 Smoke House Court, Germantown, Maryland 20874. Mr. Hector is a Defendant in this action and may have information regarding the allegations in the Complaint.

3. Oscar Grajales, 1 North Avenue, Burlington, VT. Mr. Grajales is a former Metropolitan Police Department officer and may have information regarding the allegations in the Complaint.

4. Officer Bryan N. Anderson, Badge No. 3943, Metropolitan Police Department, Third District, 1620 V Street, NW, Washington, DC 20009. Officer Anderson may have information regarding the allegations in the Complaint.

5. Jennifer Andrews, current address unknown. Ms. Andrews is the complaining witness in the criminal case against Plaintiff and may have information regarding the allegations in the Complaint.

6. Lieutenant Michael Gottert, Metropolitan Police Department, Third District, 1620 V Street, NW, Washington, DC 20009. Lieutenant Gottert may have information regarding the allegations in the Complaint.

7. Detective Curtis Prince, Metropolitan Police Department, Third District, 1620 V Street, NW, Washington, DC 20009. Detective Prince may have information regarding the allegations in the Complaint.

8. Heather Pinckney, 633 Indiana Avenue, NW, Washington, DC 20001. Ms. Pinckney was Plaintiff's criminal defense attorney and may have information regarding the allegations in the Complaint.

9. Carolyn K. Kolbern, Assistant United States Attorney, 555 4th Street, NW, Washington, DC 20530. Ms. Kolbern prosecuted Plaintiff and may have information regarding the allegations in the Complaint.

10. Any of plaintiff's past or present treating medical care providers.

### B. DESCRIPTION OF DOCUMENTS, DATA COMPLIATIONS, AND TANGIBLE THINGS

1. MPD Form 163, Arrest/Prosecution Report describing Plaintiff's arrest (produced via first-class mail).

2. Affidavit, *United States v. Howard Michael Tafler* (produced via first-class mail).

3. MPD Form 251, Incident Based Event Report describing the events leading up to Plaintiff's arrest (produced via first-class mail).

4. MPD Form 252, Supplement Report (produced via first-class mail).

5. Criminal Justice Information System Report dated 11/29/05 (produced via first-class mail).

6. Event Chronology, 8/4/02 (produced via first-class mail).

7. Case jacket from *Jennifer Andrews v. Howard Tafler*, IF-2243-03 (produced via first-class mail).

8. Case jacket from *United States v. Howard Tafler*, M-8343-02 (produced via first-class mail).

### C. INSURANCE

The District of Columbia is self-insured.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov