**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v.   ) | **Civil Action No: 05CV01563 (PLF)** |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al** ) | |
|     **Defendant(s)** ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on the  30th  day of  March  2007, I served on Shana L. Frost, Esquire, Assistant Attorney General, 441 4th Street, 6th Floor, Washington, D.C. 20001, Plaintiff, Howard Tafler's Rule 26(a)(2)(B) statement and report pursuant to the Court's scheduling Order. I will retain the original of these documents in my possession, without alteration, until the case is concluded in the Court, the time for noting an appeal has expired and any appeal noted has been decided.

                Respectfully submitted,
                THE IWEANOGES' FIRM, PC

By: _____/s/_____
        Jude C. Iweanoge
        IWEANOGE LAW CENTER
        1026 Monroe Street, NE
        Washington, DC  20017
        Phone:  (202) 347-7026
        Fax:    (202) 347-7108
        Email:  jci@iweanogesfirm.com