UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOWARD TAFLER,** ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order, the parties hereby submit this Joint Status Report.

1. It is Plaintiff's position that there are some outstanding discovery issues that the parties are attempting to resolve. Plaintiff reserves the right to request the Court's intervention if necessary. It is Defendants' position that Defendants have worked with Plaintiff to produce the information that Plaintiff seeks and that Plaintiff has had ample opportunity to conduct discovery. Discovery is now closed; thus, the Defendants request that the Court set a date within the next fourteen (14) days by which all discovery must be completed.

2. Plaintiff requests that the Court submit this matter to mediation. Defendants request that the Court set a briefing schedule for summary judgment and that mediation should be postponed until after the Court has considered Defendants' dispositive motion.

Respectfully submitted,

  /s/  Jude Iweanoge (by Shana Frost)
JUDE IWEANOGE
The Iweanoges' Firm
1026 Monroe Street, NE
Washington, DC 20017
(202) 347-7026

Counsel for Plaintiff


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


  /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

Counsel for Defendants