UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOWARD TAFLER,                          *
                                        *
    Plaintiff,                         *
                                        *
        v.                          *   C.A. No.  05-01563 (PLF)
                                        *
DISTRICT OF COLUMBIA, *et al.*,         *
                                        *
    Defendants.                         *
_____          *

NOTICE OF WITHDRAWAL OF APPEARANCE

THE CLERK WILL PLEASE withdraw the appearance of Assistant Attorney General David A. Jackson as co-counsel for Defendants.  Assistant Attorney General Shana L. Frost will remain as lead counsel for the Defendants.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the
                District of Columbia

                GEORGE VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                NICOLE L. LYNCH
                Chief Civil Litigation Division Section II

                /s/David A. Jackson/s/_____
                DAVID A. JACKSON
                Assistant Attorney General
                Bar Number 471535
                Office of the Attorney General
                441 Fourth Street, NW, 6 South
                Washington, D.C.  20001
                Direct Line: (202) 724-6618
                Facsimile: (202) 727-3625
                E-mail:  davida.jackson@dc.gov