# Event Chronology

Event Number: I20020434701

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 08/04/02 | 03:04:14 | dcdb1 | 6150 | EVENT COMMENT= ** LOI search completed at 08/04/02 03:04:14 |
| 08/04/02 | 03:04:20 | c04 | 6150 | EVENT CREATED: Location= 1768 U ST NW DC , Cross Streets= 17TH ST NW / FLORIDA AVE NW , Name= JENNIFER ANDREWS , Phone Number= 2022551001 Agency= MPD , Group= 3D , Beat= 304 , Status= P , Priority= 1 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= BUA1 - BURGLARY ONE , SubType Code= IP - IN PROGRESS EVENT COMMENT= MIC |
| 08/04/02 | 03:04:21 | c04 | 6150 | EVENT UPDATED: Location= 1768 U ST NW DC , Cross Streets= 17TH ST NW / FLORIDA AVE NW , Name= JENNIFER ANDREWS , Phone Number= 2022551001 Agency= MPD , Group= 3D , Beat= 304 , Status= P , Priority= 1 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= BUA1 - BURGLARY ONE , SubType Code= IP - IN PROGRESS |
| 08/04/02 | 03:04:58 | c04 | 6150 | EVENT COMMENT= C-1 STATES HER FORMER BOYFRIEND IS BREAKING IN HER HOUSE |
| 08/04/02 | 03:05:16 | c04 | 6150 | EVENT COMMENT= C-1 STATES SHE JUST FELD THE RESIDENCE |
| 08/04/02 | 03:05:46 | c04 | 6150 | EVENT COMMENT= SUBJ IS W/M/HOWARD TAFLER/60/160/BLACK PANTS/WHITE SHIRT |
| 08/04/02 | 03:05:54 | c04 | 6150 | EVENT COMMENT= SUBJ ARRIVED THERE ON FOOT |
| 08/04/02 | 03:06:19 | c04 | 6150 | EVENT COMMENT= C-1 IS STANDING BY FOR POLICE ON 17TH ST NW/CORCORN ST NW |
| 08/04/02 | 03:06:23 | c04 | 6150 | EVENT UPDATED: Location= 1768 U ST NW DC , Cross Streets= 17TH ST NW / FLORIDA AVE NW , Name= JENNIFER ANDREWS , Phone Number= 2022551001 Agency= MPD , Group= 3D , Beat= 304 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= BUA1 - BURGLARY ONE , SubType Code= IP - IN PROGRESS |
| 08/04/02 | 03:06:57 | c04 | 6150 | EVENT COMMENT= C-1 STATES SUBJ WAS YELLING HE WAS GOING TO KILL HER |
| 08/04/02 | 03:07:30 | c04 | 6150 | EVENT COMMENT= SUBJ IS INTOXICATED/LIQUOR AND CRACK |
| 08/04/02 | 03:07:43 | d04 | 1459 | Unit= 3091 , Status= DP , Location= 1768 U ST NW DC |
| 08/04/02 | 03:08:45 | d04 | 1459 | Unit= TAC301 , Status= DP , Location= 1768 U ST NW DC , Employee= 4716 |
| 08/04/02 | 03:09:14 | d04 | 1459 | Unit= TAC301 , Status= AR , Location= 1768 U ST NW DC , Employee= 4716 |
| 08/04/02 | 03:09:15 | c04 | 6150 | EVENT COMMENT= ******APT#2********* |
| 08/04/02 | 03:09:56 | c04 | 6150 | EVENT COMMENT= C-1 STATES SUBJ IS KNOWN TO CARRY A KNIFE |
| 08/04/02 | 03:10:37 | c04 | 6150 | EVENT COMMENT= C-1 STATES THIS SUBJ IS A BLACK BELT |
| 08/04/02 | 03:11:23 | d04 | 1459 | EVENT COMMENT= SUBJ APPREHENDED IN THE REAR////CR309 RESPONDING |
| 08/04/02 | 03:12:56 | d04 | 1459 | Unit= 3091 , Status= AR , Location= 1768 U ST NW DC |
| 08/04/02 | 03:13:13 | c04 | 6150 | EVENT UPDATED: Location= 1768 U ST NW DC :2 , Cross Streets= 17TH ST NW / FLORIDA AVE NW , Name= JENNIFER ANDREWS , Phone Number= 2022551001 Agency= MPD , Group= 3D , Beat= 304 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 , Primary Unit= TAC301 , Primary Member= 4716 , Current= F , Open Current= F , Type Code= BUA1 - BURGLARY ONE , SubType Code= IP - IN PROGRESS EVENT COMMENT= ** Event Location changed from "1768 U ST NW DC" to "1768 U ST NW DC:2" at: 08/04/02 03:13:13 ** >>>> by: SHAYNE MOORE on terminal: c04 |
| 08/04/02 | 03:13:15 | d04 | 1459 | Unit= 3041 , Status= DP , Location= 1768 U ST NW DC:2 |
| 08/04/02 | 03:13:26 | d04 | 1459 | Unit= 3041 , Status= ER , Location= 1768 U ST NW DC:2 |
| 08/04/02 | 03:23:27 | t03 | 5007 | Unit= 3041 , Status= ~ , Location= 1768 U ST NW DC:2 |
| 08/04/02 | 03:29:17 | t03 | 5007 | Unit= TAC301 , Status= ~ , Location= 1768 U ST NW DC , Employee= 4716 |
| 08/04/02 | 03:32:00 | d04 | 1459 | EVENT COMMENT= AMB RESPONDING FOR SUBJ IN THE ALLEY |
| 08/04/02 | 03:32:57 | t03 | 5007 | Unit= 3091 , Status= ~ , Location= 1768 U ST NW DC |
| 08/04/02 | 03:45:37 | d05 | 1666 | EVENT COMMENT= NUMBERS ALSO FOR FELONY THREATS D1666 |
| 08/04/02 | 03:46:37 | d05 | 1666 | CASE NUMBER ASSIGNED= R2002116086 EVENT COMMENT= ** Case number R2002116086 has been assigned |

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| | | | | ** >>>> by: ANTOINETTE M. MURRAY on terminal: d05 |
| 08/04/02 | 03:47:12 | d05 | 1666 | Unit= TAC301 , Status= ER , Location= 1620 V ST NW DC: @3D , Employee= 4716 |
| | | | | Unit= TAC301 , Status= CL , Location= 1620 V ST NW DC: @3D , Employee= 4716 |
| 08/04/02 | 03:57:17 | t03 | 5007 | Unit= TAC301 , Status= ~ , Location= 1620 V ST NW DC: @3D , Employee= 4716 |
| 08/04/02 | 03:59:36 | d05 | 1666 | Unit= 3041 , Status= ER , Location= 1620 V ST NW DC: @3D |
| | | | | Unit= 3041 , Status= CL , Location= 1620 V ST NW DC: @3D |
| 08/04/02 | 04:09:37 | t03 | 5007 | Unit= 3041 , Status= ~ , Location= 1620 V ST NW DC: @3D |
| 08/04/02 | 04:19:09 | d05 | 1666 | Unit= 3041 , Status= CU , Comment= Alarm Timer Extended: 030 , Location= 1620 V ST NW DC: @3D |
| 08/04/02 | 04:25:26 | d05 | 1666 | Unit= 3041 , Status= ER , Location= 2211 H ST NW DC: @GWU - PARKING SERVICES |
| | | | | Unit= 3041 , Status= CL , Location= 2211 H ST NW DC: @GWU - PARKING SERVICES |
| 08/04/02 | 04:35:27 | t03 | 5007 | Unit= 3041 , Status= ~ , Location= 2211 H ST NW DC: @GWU - PARKING SERVICES |
| 08/04/02 | 04:46:35 | d03 | 1306 | Unit= 3041 , Status= CU , Comment= Alarm Timer Extended: 20 , Location= 2211 H ST NW DC: @GWU - PARKING SERVICES |
| 08/04/02 | 05:06:27 | t03 | 5007 | Unit= 3041 , Status= ~ , Location= 2211 H ST NW DC: @GWU - PARKING SERVICES |
| 08/04/02 | 05:07:57 | dcdb1 | 1306 | EVENT COMMENT= ** LOI search completed at 08/04/02 05:07:57 |
| 08/04/02 | 05:08:08 | d03 | 1306 | Unit= 3041 , Status= ER , Location= T/C GW HOSP |
| | | | | Unit= 3041 , Status= CL , Location= T/C GW HOSP |
| 08/04/02 | 05:08:11 | d03 | 1306 | Unit= 3041 , Status= AR , Location= T/C GW HOSP |
| 08/04/02 | 05:11:48 | dcdb1 | 1306 | EVENT COMMENT= ** LOI search completed at 08/04/02 05:11:48 |
| 08/04/02 | 05:11:59 | d03 | 1306 | Unit= 3091 , Status= ER , Location= T/C 3D 1 ARREST |
| | | | | Unit= 3091 , Status= CL , Location= T/C 3D 1 ARREST |
| 08/04/02 | 05:22:07 | t03 | 5007 | Unit= 3091 , Status= ~ , Location= T/C 3D 1 ARREST |
| 08/04/02 | 05:23:18 | d03 | 1306 | Unit= 3091 , Status= AR , Location= T/C 3D 1 ARREST |
| 08/04/02 | 05:28:17 | t03 | 5007 | Unit= 3041 , Status= ~ , Location= T/C GW HOSP |
| 08/04/02 | 05:36:14 | d03 | 1306 | Unit= 3091 , Status= AV |
| 08/04/02 | 05:43:01 | d03 | 1306 | Unit= 3041 , Status= CU , Comment= Alarm Timer Extended: 30 , Location= T/C GW HOSP |
| 08/04/02 | 06:12:17 | t03 | 5007 | Unit= 3041 , Status= ~ , Location= T/C GW HOSP |
| 08/04/02 | 06:16:29 | d06 | 5787 | Unit= TAC301 , Status= AQ , Employee= 4716 |
| 08/04/02 | 07:19:22 | d05 | 1006 | Agency= MPD , Group= 3D , Beat= 304 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 , Primary Unit= TAC301 , Primary Member= 4716 , Current= T , Open Current= F , Type Code= BUA1 |
| | | | | - BURGLARY ONE , SubType Code= IP - IN PROGRESS |
| | | | | EVENT CLOSED: |
| | | | | Unit= 3041 , Status= AV |
| | | | | Disposition Assigned= RT |