UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF OFFICER CAROLYN HOLLAND

I, Officer Carolyn Holland, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am currently employed by the Metropolitan Police Department ("MPD") as a police officer. I have served in this position since 1982. From 1994 until September, 2006, I have been responsible for transcribing 911 calls for service.

3. Since September, 2006, 911 calls for service have been handled by the Office of Unified Communications ("OUC"). Prior to September, 2006, 911 calls for service were handled by MPD. I am familiar with the manner in which MPD's 911 call takers input information received from a 911 caller into the Computer Assisted Dispatch ("CAD"), as well as the codes and terminology displayed in Event Chronologies, and the protocols and procedures in taking 911 calls for service and dispatching information to law enforcement officers responding to those calls for service.

4. An Event Chronology is a transcript generated by the CAD which memorializes the information provided by the 911 caller, which is then dispatched over the air to law enforcement officers responding to the call for service.

5. It is the policy of the OUC and MPD to maintain tape recordings of 911 calls and radio run dispatches for a period of two (2) years. Pursuant to these policies, at the expiration of the two year period, the tapes are erased and either reused or destroyed.

6. I have reviewed the Event Chronology bearing the Event Number I20020434701. This Event Chronology indicates that on August 4, 2002 at 3:04:20 a.m., an individual by the name of Jennifer Andrews called 911 to report a Burglary 1 in progress at 1768 U Street, NW. The Event Chronology further indicates that at 3:04:58 and 3:05:16 Ms. Andrews informed the dispatcher that it was her former boyfriend that was breaking into her house and that she had just fled the residence. The Event Chronology indicates that at 3:05:46 Ms. Andrews described the subject as Howard Tafler, a white male, six feet tall and 160 pounds, wearing black pants and a white shirt. The Event Chronology further indicates that Ms. Andrews informed the dispatcher that Mr. Tafler was yelling that he was going to kill her, that Mr. Tafler is intoxicated on liquor and crack, that Mr. Tafler is known to carry a knife and that he is a black belt.

7. The Event Chronology also reveals that officers were dispatched to the location at 3:07 and 3:08 a.m. Once the dispatcher receives the above information from the 911 caller, they relay over the air to officers responding to the emergency call the information that pertains to the crime(s) reported, identification of the suspect, any information that could assist the officers in apprehending the suspect, and any information that could be important to officer safety. Thus, pursuant to the protocols of

2

MPD and the OUC, all the information contained in Paragraph 6 would have been relayed over the air to the officers responding to the scene.

I have reviewed the foregoing declaration, and I declare under penalty of perjury under the laws of the United States of America that it is true and correct. Executed on this 20 day of July, 2007.

                                                    Officer Carolyn Holland