UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

HOWARD TAFLER,

    Plaintiff

vs.                                    Civil Action No.:05CV01563(PLF)

THE DISTRICT OF COLUMBIA,

et al.,

    Defendants

_____/

    The deposition of ANTHONY HECTOR was held on Wednesday, May 30, 2007, commencing at 9:26 a.m., at the Iweanoge Law Firm, 1026 Monroe Street NE, Washington, DC, before Kim Brantley, Notary Public.

Reported by: Kimberly Brantley

Page 2

1 APPEARANCES:

2

3     ON BEHALF OF THE PLAINTIFF:

4         JUDE IWEANOGE, ESQUIRE

5         The Iweanoge Law Firm

6         1026 Monroe Street NE

7         Washington, DC  20017

8         (202) 347-7026

9

10

11    ON BEHALF OF THE DEFENDANTS:

12        SHANA FROST, ESQUIRE

13        Office of the Attorney General

14        for the District of Columbia

15        One Judiciary Square

16        441 4th Street NW

17        Suite 600 South

18        Washington, DC  20001

19        (202) 724-6534

20

21

22

1     A.    1997.

2     Q.    Around what time of the year?

3     A.    August.

4     Q.    August. So when did you stop working
5  for MPD? Was that before you went to Dulles
6  Airport shuttle place? I mean, from 1997 did you
7  hold any other --

8     A.    No.

9     Q.    So you worked from '97 to --

10    A.    2005.

11    Q.    About 2005. While you were employed at
12 MPD, what kind of job were you doing for MPD?

13    A.    I worked in patrol, and I was assigned
14 to the Third District. I worked in vice. I
15 worked in the Latino Gang Unit.

16    Q.    You did this the whole time you were
17 employed there or at different times?

18    A.    Different stages.

19    Q.    While you were employed with MPD, about
20 how many arrests would you say you've done?

21    A.    I couldn't give you a number.

22    Q.    Hundreds, thousands?

```
 1     A.   In the hundreds.

 2     Q.   Ten --

 3     A.   In the hundreds.

 4     Q.   And do you know Howard Tafler, the
 5  plaintiff in this case?

 6     A.   I know him from locking him up.

 7     Q.   And that would be the lockup from
 8  August 4th of 2002?

 9     A.   Yes.

10     Q.   And why was he locked up?

11     A.   He was locked up for -- it was attempt
12  1 and destruction of property, domestic violence.

13     Q.   How did you come about knowing of
14  the -- of these charges -- I mean, okay, just give
15  me the rundown of what happened, how he got
16  arrested.

17     A.   Which question do you want me to answer
18  first, how I came about the charges or the
19  rundown?

20     Q.   Just tell me more or less the event of
21  August 1st, 2002.

22     A.   I believe I assisted with a call for
```

1  the location in the 1700 block of U Street.  I was

2  working plainclothes, Tac that night.  I remember

3  being in the rear of the location, so I drove

4  around to the back to see a male who matched the

5  description that I got over the radio and the call

6  that I received was he was leaving from behind the

7  building.  He was in the alley at this point,

8  running towards 18th Street.

9        Q.    That's the person was running towards

10 18th Street?

11       A.    Yes.

12       Q.    At this time had the person seen you or

13 did you just observe the person run?

14       A.    As I pulled up -- I don't know when he

15 saw me, but at some point he did and came from the

16 back of the building and then proceeded down the

17 alley to 18th Street.

18       Q.    Maybe I should give you this:  I'm

19 trying to understand, I mean, where the house was

20 and where you were when you pulled up.  So you

21 said it was the back of the 1700 block.

22       A.    Yes, I don't remember the location, the

Page 14

1 exact location. But as I pulled in the alley,

2 there was about, give or take, fifty, sixty feet,

3 as he came from behind the building and started

4 running.

5     Q.    So you don't remember it actually, to

6 draw it for me, a layout so it would be easier for

7 me to understand and to ask you questions as to --

8     A.    Um.

9         (Witness complies with counsel's

10 request.)

11    A.    This would be the south alley of

12 Florida (indicating). Let me say this is going to

13 be a building. I approached heading westbound

14 through the alley in the vehicle. So I'm going to

15 say about right there (indicating). As the

16 individual who later I found to be Mr. Tafler came

17 out and started heading westbound, running

18 westbound towards 18th Street, this was going to

19 be 18th Street.

20    Q.    Okay, how long had you been here before

21 you started running? Did you just pull in or were

22 you there for maybe a minute, thirty seconds?