*Johnson, O.M.* HOSPITAL CASE

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

ARREST/PROSECUTION REPORT
P.D. 163 Rev. 1/2002          G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | |
| 2. ID NUMBER (ID ONLY) | 542116 |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | |
| 4. CID NUMBER | |
| 5. UNIT ARREST NO | 030203811 |
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | TAFLER, HOWARD MICHEAL |
| 7. DEA LAB NUMBER | N/A |
| 8. Arresting Officer's Name | HECTOR, A. M. |
| Rank | OFC. |
| Badge # | 485 |
| Agency | MPD |
| 9. TYPE OF RELEASE | ☐ CITATION ☐ BOND ☐ COLLATERAL |
| 10. NICKNAME / ALIAS | |
| 11. PHONE NUMBER | NONE |
| 12. COURT DATE | 08-02-02 |
| 13. ADDRESS | 1768 U ST. N.W. # 2 |
| 14. TIME IN D.C. | 2YRS |
| 15. | ☐ CHILD ABUSE ☐ GANG ☐ HATE SPECIAL INTELLIGENCE ☐ SENIOR CITIZEN ☒ DOMESTIC VIOLENCE |
| 16. SEX | Male |
| 17. RACE | White |
| 18. BIRTHDATE | 10/23/71 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 20. NEED INTERPRETER | ☐ YES ☒ NO |
| 21. HEIGHT | 5-11 |
| 22. WEIGHT | 170 |
| 23. HAIR | BLK |
| 24. EYES | BRO |
| 25. COMPLEX | Light |
| 26. PERMIT NO/ST | N/A |
| 27. BIRTHPLACE | PHILADELPHIA, PENN. |
| 28. CO-DEFENDANTS | 0 |
| 29. IMPERSONATOR? | ☐ M ☐ F ☒ NO |
| 30. ETHNICITY | ANGLO-AMER. |
| 31. CAUTION | NONE |
| 32. SCARS/MARKS/TATTOOS | NONE |
| 33. HAT | |
| 34. JACKET | |
| 35. PANTS | BLACK |
| 36. COAT | |
| 37. SHIRT | WHITE |
| 38. SKIRT/DRESS | |

**39. WALES/NCIC CHECK**

| CHECK MADE BY | NCIC NUMBER | WARRANT ON FILE | 
|---|---|---|
| | | Yes ☐ No ☐ |

| 40. LOCATION OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE |
|---|---|---|
| 1768 U ST. N.W. # 2 (REAR OF) | 08-04-02 | 0245 |

| 40. LOCATION OF ARREST | DATE OF ARREST | TIME OF ARREST |
|---|---|---|
| 1776 U ST N.W. (REAR ALLEY) | 08-04-02 | 0310 |

| 42. ASSISTING OFFICER | ASSISTING OFFICER |
|---|---|
| GRAJALES, OSCAR. OFC. 3282. MPDC | ANDERSON. OFC. 3843. MPDC |

**43. DEFENDANT ADVISED OF RIGHTS**

| DATE | TIME | LOCATION | OFFICER'S NAME | BADGE NO. | UNIT |
|---|---|---|---|---|---|
| | | "NOT QUESTIONED" | | | |

**44. COMPLAINANTS / WITNESSES**

| NAME | ADDRESS | BIRTHDATE | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| W-1 ANDREWS, JENNIFER H. | 1768 U ST N.W. # 2  20009 | 02-09-75 | 2-255-1001 | 2-588-5288 |
| W-2 | | | | |

| 45. SPEC OPS | 46. TACTICS | 47. PREMISES | 48. SCHOOL ZONE / PUBLIC HOUSING |
|---|---|---|---|
| TACT 301 | 2 - Radio Run | 5 - Apartment | ☐ ☐ |

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|
| 1. ATTEMPT BURGLARY I | | 116-086 | Lock up | |
| 2. FELONY THREATS | | 116-086 | Lock up | |
| 3. DESTRUCTION OF PROPERTY (FELONY) | | 116-086 | Lock up | |
| 4. | | | | |
| 5. | | | | |

**50. PROPERTY RECOVERY / ITEMS OF EVIDENCE**

PROPERTY BOOK. PAGE NO     CSES NO.

51. INITALS – DATE – UNIT OF PERSON TAKING PRINT

53. RIGHT THUMB PRINT

**52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS**
WANTS TO HURT GIRLFRIEND

| 54. CCB USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX. | SCARS/MARKS/TATTOOS |
|---|---|---|---|---|---|---|

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

| 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | | |
|---|---|---|---|---|---|
| FROM -DATE -TO | EMPLOYER | | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. Present | REFUSED | | | | |
| 2. | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| GIRLFREIND | 02-09-75 | ANDREWS, JENNIFER | 1768 U ST. N.W. # 2 20009 | 2-255-1001 |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| NONE | ☐ YES  ☒ NO  ☐ REFUSED | |

**60. STATEMENT OF FACTS:** *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)*

The event occurred on 08-04-02 at approximately 0245 at 1768 U ST. N.W. # 2 (REAR OF) in Washington DC.

While working as a plainclothes unit in P.S.A. 301, I answered a call from the dispatcher to assist Ofc. Grajales (3091). The call was for a burglary I in progress at the listed location. Once on the scene I drove around to the rear of the location. I asked the dispatcher for a look out for the suspect, which was a white male in a white tee-shirt and black pants. While driving down the alley I noticed D-1 (later identified as Howard Micheal Tafler) walk from the location at a fast pace westbound towards 18th street N.W. I exited my vehicle and approached D-1. D-1 looked back and began to walk faster thru the alley. I ran and stopped D-1 at the mouth of the alley. W-1 came around with Ofc. Grajales and said that D-1 was asked to leave earlier in the day. While W-1 was at work D-1 called and screamed and yelled about their relationship. When W-1 got home D-1 called and said I'm coming over there, who is this Josh motherfucker? I'm going to kill you., I'll be there in five minutes. A short time later D-1 showed up at W-1's back door and began kicking and prying at the door, and screaming at W-1. W-1 ran out of the apartment and drove off in here car and called the police. further investgation revealled the D-1 destoyed a table on W-1's patio area. There were numerous scratch marks to the door and door jam of the patio door, but D-1 was not able to gain entry to the apartment.

An interview of D-1 was attempted but was refused. D-1 was placed under arrest for Attempt Burglary I, Felony Threats, and Destruction of Property. D-1 was transported to 3-D for processing.

**DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| | | | | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| RECORD SUMMARY | 3. | 5. | | 1131-245 |
| 2. | 4. | 6. | | |

statement made by defendant in reference to his/her failure to appear? ☐ Yes ☒ no
include in Defendant's Version/Remarks Section above.)

| STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| | 485 | OFC. | *[signature]* | |
| EMENT | UNIT | DATE | UNIT | DATE |
| | 3-D | 8/4/2002 | 3D | 8/4/02 |