UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 05-1563 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANTS' INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS

TO:   Howard Tafler
      c/o Jude Iweanoge, Esq.
      The Iweanoges Firm, PC
      1010 Vermont Avenue, NW, Suite 600
      Washington, DC 20005

These Interrogatories and Requests for Production of Documents are directed to the party or parties identified above. Each party so identified is directed to answer each interrogatory separately, and under oath. Your answers must include knowledge or information in the possession of your agents, representatives, and attorneys. Where information provided is not within your personal knowledge, your response may indicate that the information is being provided upon information and belief. A copy of your answers to these interrogatories and any documents or items requested must be served on Shana L. Frost, Assistant Attorney General, Office of the Attorney General for the District of Columbia, One Judiciary Square, Suite 6S-051, 441 4th St., NW, Washington, D.C. 20001, within thirty (30) days after service hereof.

A. These Interrogatories and Requests are continuing in character, so as to require the filing of supplemental answers and documents if further or different information or documents are obtained prior to trial.

B. The term "person" includes individuals, corporations and other entities. Where the name or identity of persons is requested, please state full name, home address, business address and telephone number.

C. Unless otherwise indicated, these Interrogatories and Requests refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

D. If you cannot answer fully after conducting a reasonable investigation, please so state and answer to the extent that you can, stating what information you do have and the efforts you made to obtain the further information.

## INTERROGATORIES

1. As to the person answering these Interrogatories, state your full name, present address, date of birth, social security number, and your height and weight at the time of the August 4, 2002 incident referred to in your Complaint (hereinafter "the incident").

2. State in your own words a detailed description of exactly how the incident occurred, your physical movements (*e.g.*, how the incident occurred, your observations of the physical movements of each person or object involved), what each person said and to whom each statement was made, the exact wording or content of all statements made by you, (if you do not recall exact wording, state the content of such statement and identify

the person to whom said statements were made), and the time each of the above actions and/or statements occurred.

3. Identify by name, and/or badge number each law enforcement officer, or describe in detail the physical appearance of each law enforcement officer, who you allege was involved in the incident, and with respect to each officer, list each act that constituted excessive force, the implements of force used and by whom, why you believe the force was excessive, and what amount of force you contend would have been reasonable and appropriate under the circumstances.

4. Identify by name, address and telephone number (if the identity is unknown, describe the witness), each witness to the incident.

5. Fully identify by name, address, telephone number, and relationship to you, if any, all persons, other than witnesses to the incident, who have knowledge or possess information regarding the incident, or upon whom you will rely to support your allegations, including your claims for damages, and state briefly the matters to which each will testify.

6. Describe in detail the basis of your claim that the District of Columbia negligently hired, trained and supervised Metropolitan Police Department officers, including but not limited to, the names of the Metropolitan Police Department officers that the District of Columbia failed to properly hire, train and supervise, the evidence to support the claim that the District of Columbia negligently hired, trained and supervised police officers and the witnesses you intend to call to support this claim and the substance of their likely testimony. Attach all documents related to this interrogatory.

7. Describe in detail the nature of the injuries alleged to have been sustained by you as a result of the incident, including the medical terms thereof (if known) and the part or parts of the body affected.

8. If those parts of your body identified in response to Interrogatory No. 7 have ever been tested for reasons other than the injuries complained of in this proceeding, describe in detail the circumstances of such tests (*e.g.*, the name and address of the person or institution performing the tests; the date each test was taken; the part of the body of which tests were taken; the condition revealed by each test).

9. If you are claiming that any injuries referenced in response to Interrogatory No. 7 are permanent, describe in detail the nature and treatment of such permanent injuries and disability claimed to result there from (*e.g.*, the physical activities you are now prevented from performing as the result of said permanent injuries; which injury limits each of the referred to physical activities; and, the name, address and telephone number of the person or persons you intend to rely upon to support the allegation of permanency). If you or your attorney have written reports verifying said allegation of permanency, attach a copy of each such report.

10. Describe in detail any medical tests (*e.g.*, x-rays, MRIs, CT scans, nerve conduction tests, *etc.*) taken of you subsequent to the incident and their circumstances (*e.g.*, the name and address of the person or institution performing the tests; the date each test was taken; the part of the body of which tests were taken; the condition revealed by each test; and the cost of each test).

11. List in detail any psychological examinations, care or treatment you have received which you attribute to the incident; the name, address and telephone number of

each therapist, psychologist, counselor or the like; results of any tests, diagnosis, course and dates of treatment; course of treatment; date you reached an endpoint; and when and whether you have been released from care.

12. State your complete psychological history prior to the incident, including the name, address and telephone number of all the therapists and counselors who have treated or examined you; the names, address and telephone numbers of all hospitals, rehabilitation facilities or clinics and the nature of the service provided; and any illnesses or conditions, including drug and alcohol dependency, for which you have received treatment or counseling and the dates thereof.

13. If you have ever claimed compensation for any injury for which you seek damages herein from any source other than the present Defendants herein, describe in detail your claim (*e.g.*, the names, addresses and telephone numbers of all such sources; the titles of all proceedings had thereon; the dates and places at which such proceedings were commenced and terminated and the results thereof; the names, addresses and telephone numbers of all parties to such proceedings; and, the amounts paid to you, if any).

14. Do you contend that your constitutional rights were violated as a result of the deliberate indifference on the part of policymakers in the District of Columbia and/or the Metropolitan Police Department to a pervasive custom or practice of violating citizens rights on the part of employees of the Metropolitan Police Department? If the answer is yes:

    A. Identify the policymaker(s).

    B. Describe the persistent and pervasive custom or practice.

      C.      Identify and describe any and all incidents upon which you rely to support such allegations.

      D.      Identify all witnesses who you contend support such a claim and summarize the information possessed by each witness that supports such a claim.

15.    Do you contend that your constitutional rights were violated as a result of the deliberate indifference on the part of the policymakers of the District of Columbia and/or the Metropolitan Police Department to a need for training and/or supervision of employees of the Metropolitan Police Department? If the answer is yes:

      A.      Identify the policymakers.

      B.      Describe in detail the training you contend was necessary to avoid violations of the relevant constitutional right.

      C.      Identify and describe all incidents upon which you will rely to support any contention that policymakers of the District of Columbia were deliberately indifferent to the need for training and that this lack of training and/or supervision resulted in constitutional violations.

      D.      Identify all witnesses who you contend support such a claim and summarize the information possessed by each witness that supports such a claim.

16.    Identify any statutes, regulations and/or orders of the District of Columbia that you claim are evidence of an unconstitutional custom and/or policy on the part of the District of Columbia.

17. Aside from the specific claims asserted in this lawsuit, describe completely any claim or lawsuit, including claims for workmen's compensation or other benefits, you have ever made or filed, or which was made or filed on your behalf, whether or not arising out of personal injury (e.g., the nature and amount of the claim; the identity(s) of the party(s) against whom the claim was made; the year, month, and day, if available, of the claim; if a lawsuit, the court and caption; and the disposition of the claim).

18. If you have ever been arrested, detained and/or adjudicated for the alleged commission of a felony, crime, offense or misdemeanor (including juvenile and immigration offenses), please state all the details of such incident (e.g., the time, date and location of each such arrest or detention; the specific charges for which you were arrested or detained on each such occasion; the court action number and the particular court where the action was filed; the particular charges which were the subject of each such court action; and the disposition of each).

19. State the actual wording or substance of all oral statements made to you by any employee or agent of the District of Columbia and/or the Metropolitan Police Department concerning the incident.

20. Itemize with particularity the out-of-pocket expenses or special damages incurred by you as a result of the alleged incident; identify and produce all documentation which exists to support such items of expense/loss.

21. Describe in detail any Federal, State or District of Columbia Government benefits for disability, unemployment, retirement, health care, or welfare benefits of any nature you have ever received (*e.g.*, each benefit received, the name of the government

entity paying each such benefit received, and which of the benefits are presently being received).

22. Describe in detail your employment history for the last ten (10) years to date (e.g., each job that you have held; the type of work each job required; for whom you were working at each job, including the name and address of your immediate supervisor for each job position stated; your salary for each job; reason your employment was terminated; and the date when you first began each job and the date that employment was terminated). Please attach a signed authorization form for all employment records. An authorization form is attached hereto.

23. Describe in detail any claim for loss of wages or other income as a result of the incident, (*e.g.*, all earnings or sums of money which you claim to have been deprived of by reason of the incident, the method prevented from earning said income, and whether you were working part-time or whether you were fully unable to work during the period of such loss).

24. For each expert witness you expect to call at the trial of this action, state all information referenced in Fed. R. Civ. P. 26. For each expert witness please state the witness's qualifications and attach the witness's curriculum vitae. Please state the subject matter on which the expert will testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds of each such opinion.

25. If you contend that a person or entity not a party to this action acted in such a manner as to cause or contribute to the incident and allegedly resulting injuries or damages, name any and all such other person or entity and give a detailed statement of the facts upon which you rely.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, Section II

_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOWARD TAFLER,** ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-1563 (PLF) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

Defendants, pursuant to Fed. R. Civ. P. 34, request that the Plaintiff produce and permit Defendants to inspect, copy and photograph all documents and things in the Plaintiff's possession, custody or control which embody, refer to, or relate to in any way the following subject, other than written materials prepared in anticipation of litigation or for trial.

As used herein, documents and things shall include all types of recorded information, including, but not limited to, writings, drawings, graphs, charts, photographs, records, CD's and other date compilations from which information can be obtained and/or translated, if necessary, through detection devices into reasonably usable form.

The Defendants request that the documents and things herein requested be produced at the offices of the Defendants' attorney, Shana L. Frost, Assistant Attorney General, Office of the Attorney General for the District of Columbia, One Judiciary Square, Suite 6S-051, 441 4th St., NW, Washington, D.C. 20001, on the 30th day after service of this Request, except that compliance with this Request may be made by mailing copies of such documents to the Defendants' attorney, such mailings to be postmarked prior to the 30th day following service of said Request.

## **REQUESTS**

1. All medical records, surgical records, mental records, financial records, bills, invoices, writings, notes, or memoranda relating in any way to all of your physical, mental or medical conditions, illnesses, or disabilities, including but not limited to those of doctors, nurses, practitioners, hospitals, clinics, institutions, or other health care providers or third-party private or governmental health or accident insurers, without regard to whether it is your contention that such physical, mental, or medical conditions, illnesses, or disabilities were caused in any way by the Defendants or any agent or employee of the Defendants:

   (a)   For a period of five (5) years before and up to the time of the occurrence alleged in the Complaint;

   (b)   For a period of time commencing on the date of the occurrence alleged in the Complaint up to and including the present date.

2. With regard to any of your medical or hospital records referred to in Paragraph 1 above which are in existence, but are not physically in your possession or custody but which are in your control, Defendants request that you execute authorizations to each doctor or hospital where the records exist, to allow Defendants to obtain and examine copies of said records. An authorization form is attached hereto.

3. All employment records relating in any way to you, whether employed or self-employed, including the name and address of all employers, the records of the dates absent from work for any reason whatsoever, the records relating to the fact and duration of unemployment, the records for Workmen's Compensation, unemployment insurance, welfare and applications for assistance from any governmental agency because of unemployment or ill health, and all income records for a period of five (5) years prior to the time of the incident alleged in the Complaint, and up to and including the present date.

4. With regard to any employment records referred to in the preceding paragraph which are in existence, but are not physically in your possession or custody but which are in your control, Defendants request that you execute authorizations to allow Defendants to examine and obtain copies of said records. An authorization form is attached hereto.

5. All photographs, sketches or diagrams relating in any way to the allegations of the Complaint, and all documents relating to such photographs, sketches or diagrams.

6. All your state and federal income tax returns, W-2 forms, and attached schedules:

   (a) For a period of five (5) years before and up to the time of the occurrence alleged in the Complaint;

   (b) For a period of time commencing on the date of the occurrence alleged in the Complaint up to and including the present date.

7. With regard to any state and/or federal income tax returns, W-2 forms, and attached schedules referred to in the preceding paragraph which are in existence, but are not physically in your possession or custody, but which are in your control, Defendants request that you execute authorizations to allow Defendants to examine and obtain copies of said records. An authorization form is attached hereto.

8. Any and all claim letters that you submitted to the Mayor of the District of Columbia or the Attorney General of the District of Columbia pursuant to D.C. Code §12-309.

9. All documents that you contend prove your claim of negligent hiring, training and supervision.

10. Any and all documents that refer or relate to your responses to Defendants' interrogatories.

11. Any and all documents that refer or relate to the allegations in your Complaint either prepared by you or received by you, including signed or unsigned documents.

12

12. Any and all copies of written statements, or recordings (mechanical, electrical, stenographic, court transcripts or other) of any statements made by Defendants, or any other employee or agent of the District of Columbia, which concern the subject matter of the Complaint and to which you or your agents have access.

13. All documents which refer or relate to any investigation or examination pertaining to the allegations stated in the Complaint.

14. All documents relating to the injuries or damages that you allegedly sustained as a result of each Defendants' alleged negligence or intentional acts.

15. Reports and curriculum vitae of all experts consulted or retained by you, including but not limited, to all documents referring to or relating to any findings or opinions which relate to allegations contained in the Complaint, or to your claim for damages.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, Section II

SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

## CERTIFICATE OF SERVICE

I, Shana L. Frost, hereby certify that a copy of the foregoing Defendants' First Set of Interrogatories and Request for Production of Documents, were mailed, postage prepaid, on this _____ day of January, 2007, to:

> Jude Iweanoge, Esq.
> The Iweanoges Firm, PC
> 1010 Vermont Avenue, NW, Suite 600
> Washington, DC 20005

_____
Shana L. Frost
Assistant Attorney General

## AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION

This Authorization form is designed to meet the requirements of federal privacy regulations issued by the Department of Health and Human Services at 42 C.F.R. §164.508 ("HIPAA") and the Mental Health Consumers' Rights Protection Act of 2001, D.C. Code §§ 7-1231.01-1231.15.

I hereby authorize certain health care providers, identified in detail below, to release the protected health information of:

| Name: Howard Tafler | Social Security No.: |
|---|---|
| Address: | Date of Birth: |
| | Phone Number: |

Date range of information to be released includes: __August, 1998__ to __PRESENT__.
                                                   (date)              (date)

The following providers may disclose or make use of the Patient's personal health information pursuant to this Authorization (*specifically identify all individuals or entities who provided health care services to the Patient during the date range, attach additional pages if necessary*):

| Name of Provider | Address |
|---|---|
| | |
| | |
| | |
| | |
| | |

The information is to be released to:

| D.C. Office of the Attorney General<br>441 4th Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>Attn: Shana L. Frost, Assistant Attorney General<br>Phone Number: 202-724-6534 | Other: |
|---|---|

The information I wish to have released consists of the following. This Authorization does not request or authorize the release of any psychotherapy notes, as defined in 42 C.F.R. §164.501:

15

| | | | |
|---|---|---|---|
| X | Discharge Summary | X | Diagnostic Cardiology Reports |
| X | History and Physical Examinations | X | Laboratory Reports |
| X | Consultation Reports | X | Entire Medical Record |
| X | Reports of Operations | X | Billing Records |
| X | Pathology Reports | X | Any Other Records Relating to Howard Tafler: |
| X | Images and Imaging Reports | | |

I do __ I do not  X   wish to have information about HIV/AIDS released under this Authorization.

I do  X  I do not ___ wish to have information about drug/alcohol abuse treatment released under this Authorization

If the health care provider(s) listed above is/are in possession of records from another provider, I do  X   I do not ___ wish to have those records released under this Authorization.

The purpose for such disclosure is to comply with my legal obligation to provide information in conjunction with the following legal action:

Court:  U.S. District Court for the District of Columbia          Docket Number:  C.A. No. 05-1563 (PLF)

This authorization will expire when the aforementioned legal action is concluded in the aformentioned Court, the time for noting an appeal has expired, and any appeal noted has been decided.

I understand that:

- This authorization is voluntary.
- My treatment, payment for it and/or eligibility for enrollment or benefits cannot be conditioned on my signing this authorization form.
- I may receive a copy of this form.
- I may inspect my protected health information without signing this form.
- This authorization to disclose information may be revoked by me at any time, except to the extent that action has been taken prior to receipt of revocation. To revoke the authorization, I understand that I must notify the D.C. Office of the Attorney General, as identified above, in writing.
- I understand that once information covered by this authorization has been disclosed redisclosure of the information by that recipient is possible and the information may no longer be protected by the federal regulations referenced above but may be protected by District of Columbia law.

_____                    _____
Patient or Personal Representative's Signature                                  Date

If signature is other than the Patient, explain your authority to act for the Patient:

_____

_____

_____


_____          _____
Witness                                           Date

If there is a question or concern with responding to this authorization, please consult with counsel to discuss. Questions or complaints about the federal privacy regulations or policies and procedures relating to these federal regulations should be directed to counsel to be handled in accordance with the HIPAA regulations.

## AUTHORIZATION FOR THE RELEASE OF PSYCHOTHERAPY NOTES

> This Authorization form is designed to meet the requirements of federal privacy regulations issued by the Department of Health and Human Services at 42 C.F.R. §164.508 ("HIPAA") and the Mental Health Consumers' Rights Protection Act of 2001, D.C. Code §§ 7-1231.01-1231.15.

I hereby authorize certain health care providers, identified in detail below, to release the protected health information of:

**Name:** Howard Tafler          **Social Security No.:**
**Address:**                     **Date of Birth:**
                                 **Phone Number:**

Date range of information to be released includes:  __August, 1998__ to __PRESENT__ .
                                                          (date)              (date)

The following providers may disclose or make use of the Patient's personal health information pursuant to this Authorization (*specifically identify all individuals or entities who provided mental health care services to the Patient during the above-listed date range, attach additional pages if necessary*):

| Name of Provider | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

The information is to be released to:

| | |
|---|---|
| D.C. Office of the Attorney General<br>441 4th Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>Attn: Shana L. Frost, Assistant Attorney General<br>Phone Number: 202-724-6534 | Other: |

The information I wish to have released consists of the following:

[X] Psychotherapy/Psychiatric Notes, as defined in 42 C.F.R. §164.

I do _  I do not _X_ wish to have information about HIV/AIDS released under this Authorization.

1

I do _X_ I do not ___ wish to have information about drug/alcohol abuse treatment released under this Authorization

If the health care provider(s) listed above is/are in possession of records from another provider, I do _X_ I do not ___ wish to have those records released under this Authorization.

The purpose for such disclosure is to comply with my legal obligation to provide information in conjunction with the following legal action:

Court: U.S. District Court for the District of Columbia      Docket Number: C.A. 05-1563 (PLF)

This authorization will expire when the aforementioned legal action is concluded in the aformentioned Court, the time for noting an appeal has expired, and any appeal noted has been decided.

I understand that:

- This authorization is voluntary.
- My treatment, payment for it and/or eligibility for enrollment or benefits cannot be conditioned on my signing this authorization form.
- I may receive a copy of this form.
- I may inspect my protected health information without signing this form.
- This authorization to disclose information may be revoked by me at any time, except to the extent that action has been taken prior to receipt of revocation. To revoke the authorization, I understand that I must notify the D.C. Office of the Attorney General, as identified above, in writing.
- I understand that once information covered by this authorization has been disclosed redisclosure of the information by that recipient is possible and the information may no longer be protected by the federal regulations referenced above but may be protected by District of Columbia law.

_____        _____
Patient or Personal Representative's Signature        Date

If signature is other than the Patient, explain your authority to act for the Patient:

_____

_____        _____
Witness        Date

If there is a question or concern with responding to this authorization, please consult with counsel to discuss. Questions or complaints about the federal privacy regulations or policies and procedures relating to these federal regulations should be directed to counsel to be handled in accordance with the HIPAA regulations.

2

## AUTHORIZATION FOR RELEASE OF
## EMPLOYMENT, INCOME, AND INSURANCE INFORMATION

**Name: Howard Tafler**           **Social Security No.:** _____

**Address:** _____    **Date of Birth:** _____


  I, the undersigned, hereby authorize any employer, insurer, agency, or other person, to whom a signed or photo-copy of this authorization is delivered, to furnish the D.C. Office of the Attorney General with any and all documents and/or records which may be requested by Assistant Attorney General Shana L. Frost or through the Office of the Attorney General and to examine, inspect, photograph, or copy any records and reports which you may have regarding my employment, income tax, and/or insurance records. This authorization is expressly conditioned upon my own attorney, Jude Iweanoge, receiving all records *simultaneously* with the D.C. Office of the Attorney General at the expense of the District of Columbia. This authorization does not allow any records provider to meet with any attorney or anyone from the Office of the Attorney General without the presence of my attorney.

  This authorization is valid for 180 days from the date of execution indicated below and may only be used in connection with the above-entitled lawsuit.

_____     _____
Signature                        Date


  Sworn to and subscribed this ____ day of _____, 200__.


_____
NOTARY PUBLIC

My Commission expires:_____

3