UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HOWARD TAFLER**<br>　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No: 05CV01563<br>) JUDGE: Paul L. Friedman<br>) |
| **THE DISTRICT OF COLUMBIA, et al**<br>　　Defendant(s) | )<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S SUPPLEMENTAL ANSWERS TO INTERROGATORIES

To:   DISTRICT OF COLUMBIA AND ANTHONY HECTOR
　　　c/o Shana L. Frost, Esquire
　　　Assistant Attorney General

From: Howard Tafler
　　　c/o Jude C. Iweanoge, Esquire
　　　THE IWEANOGES FIRM, P.C.

　　The Plaintiff, Howard Tafler, by his attorneys, Jude C. Iweanoge, Esquire, and THE IWEANOGES' FIRM, P.C. hereby supplements his answers to Interrogatories propounded upon him by the Defendants, and incorporates his original answers as if fully set forth herein and states as follows:

### INTERROGATORIES

5.   Jennifer Andrews will testify regarding the substance of Plaintiff's claims and any defenses raised by Defendants; Sandra Tafler will testify regarding her knowledge of the circumstances that gave rise to Plaintiff's claims and damages; Vivian Akl, Brooklyn will testify regarding the allegations raised in Plaintiff's complaint and Defendant's answer; All doctors and/or treating physicians and/or psychologists and or custodian of records named in Plaintiff's Rule 26(a)(1) and 26(a)(2)(B) statements will testify regarding injuries sustained by Plaintiff as a result of this incident, that the medical treatments were reasonable and necessary, that the charges for such treatments were fair and reasonable and that Plaintiff's injuries were causally

related to this incident and not to any prior or subsequent injuries or incidents, and any permanency to any of the injuries sustained by Plaintiff.

6. The officers did not fully investigate the incident, did not ask me to stop, tackled me from behind without warning, and did not provide any medical assistance to me despite the visible signs that I needed immediate medical attention. Plaintiff also reserves the right to supplement this answer upon receipt of Defendants discovery responses and further discovery in this case.

10. See medical records for answers to Interrogatory number 10.

11. Plaintiff has undergone different examination including but not limited to depressive disorder examination, anxiety disorder examination, neurotic disorder examination, and psychotic disorder examination. See medical records for detailed information.

14. Plaintiff cannot fully respond to this Interrogatory at this time because Plaintiff has not received District of Columbia's answer to Plaintiff's discovery requests and has not received any response to the complaints he filed against Anthony Hector and Oscar Grajales. However, in further responding the policy makers include but are not limited to Government of the District of Columbia, Chief of Police, Head, Office of Police Complaints, Head, Civil Rights and Force Investigation Section, Head, MPDC Office of Professional responsibility, and Chain of command officials.

15. See answer to Interrogatory number 14.

16. Plaintiff will supplement this answer during the course of discovery and/or prior to trial.

22. Plaintiff worked at Equinox from approximately March 2002 to August 2002; held a temporary position at Morimoto Restaurant, Philadelphia, PA for approximately four weeks; held a temporary position at Stride Bass, Philadelphia, PA in January 2005; worked at Laxroix, Philadelphia, PA from approximately January 2005 to July 2005; worked at Fork Restaurant for about three (3) weeks shortly before the incident of August 5, 2005.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____
HOWARD TAFLER

_____
Jude C. Iweanoge
THE IWEANOGES' FIRM P.C.
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017-1760
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

AS TO OBJECTIONS:

_____
Jude C. Iweanoge, Esquire
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2007, a copy of the foregoing Supplemental Answers to Interrogatories was hand delivered to Shana L. Frost, AAG, 441 4th Street, NW, 6th Floor South, Washington, MD 20001, *Attorney for Defendants.*

_____
Jude C. Iweanoge