# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HOWARD TAFLER**<br>**Plaintiff,** | )<br>)<br>) |
| **v.** | ) **Civil Action No: 05CV01563 (PLF)** |
| | ) |
| **THE DISTRICT OF COLUMBIA, et al**<br>**Defendant(s)** | )<br>) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(2)(B)

Pursuant to the Court's scheduling order and Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure and Local Rule of this Court, the Plaintiff , Howard Tafler, submits the following Disclosure and reports:

1.      John J. Klimkiewicz, M.D. Board Certified Orthopedic Surgeon, Georgetown University Hospital. Expert medical and hybrid witness. Dr. Klimkiewicz is the treating orthopedic and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Klimkiewicz is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

2.      Janet A. Smereck, M.D. Georgetown University Hospital. Expert medical and hybrid witness Dr. Smereck is one of Plaintiff's treating physicians that treated Plaintiff for his injuries following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair

and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Smereck is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

3.    John V. Desimone, M.D. Georgetown University Hospital. Expert medical and hybrid witness. Dr. Desimone was one of Plaintiff's treating physicians that treated Plaintiff for his injuries following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Desimone is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

4.    H. Marshall, M.D.  MGMC Providers Group 7, Georgetown University Hospital. Expert medical and hybrid witness. Dr. Marshall was one of Plaintiff's treating physicians that treated Plaintiff for his injuries following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Marshall is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

5.    Teresa S. Dolan, M.D. Georgetown University Hospital. Expert medical and hybrid witness. Dr. Dolan was one of Plaintiff's treating physicians that treated Plaintiff for his injuries following

the 8/4/02 incident and is expected to testify regarding her examination and treatment of Plaintiff and her opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Dolan is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

6.    C. Clancy, M.D. Georgetown University Hospital. Expert medical and hybrid witness. Dr. Clancy was one of Plaintiff's treating physicians that treated Plaintiff for his injuries following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Clancy is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

7.    Craig A. Aronchick, M.D. PHGI Associates, LTD, 230 W. Washington Square, 4th Floor, Philadelphia, PA 19106. Expert medical and hybrid witness. Dr. Aronchick is one of Plaintiff's treating physicians and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Aronchick is also expected to testify regarding any permanency

to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

8.    Kerry A. Foley, M.D. Georgetown University Hospital. Expert medical and hybrid witness. Dr. Foley was one of Plaintiff's treating physicians that treated Plaintiff for his injuries following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Foley is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

9.    Dr. Cook, Psychiatrist, Department of Psychiatry, Georgetown University Hospital. Expert medical and hybrid witness. Dr. Cook was one of Plaintiff's treating physicians that treated Plaintiff for his post traumatic depressive disorder, anxiety disorder, etc following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Cook is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

10.    Robert Weinstock, M.D. Expert medical and hybrid witness. Dr. Weinstock was one of Plaintiff's treating physicians that treated Plaintiff for his injuries following the 8/4/02 incident and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was

reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Weinstock is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

11.    Peggy Backal, M.D. PATH, Philadelphia, PA. Dr. Backal is Plaintiff's treating psychologist for psychological disorders and is expected to testify regarding her examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Backal is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

12.    Dr. Sosnovsky. PATH, Philadelphia, PA. Dr. Sosnovsky is Plaintiff's treating psychiatrist for psychological and psychiatric disorders and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Sosnovsky is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

13.    Robert Winn, M.D., Physician. Expert medical and hybrid witness. Dr. Winn is Plaintiff's family treating physician and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that

the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Winn is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

14.     David Zelouf, M.D., Board Certified Orthopedic Surgeon. Expert medical and hybrid witness. Dr. Zelouf is Plaintiff's orthopedic and is expected to testify regarding his examination and treatment of Plaintiff and his opinion with regard to injuries sustained by Plaintiff as a result of this incident, that the medical treatment was reasonable and necessary, that the charges for such treatment was fair and reasonable and that Plaintiff's injuries were causally related to this incident and not to any prior or subsequent injuries or incidents. Dr. Zelouf is also expected to testify regarding any permanency to any of the injuries sustained by Plaintiff. Medical records are attached and will be supplemented through discovery.

Respectfully submitted,
THE IWEANOGES FIRM, P.C.

By

Jude C. Iweanoge
John O. Iweanoge, II
Charles C. Iweanoge
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017-1760
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 30th March, 2007 a copy of the foregoing document was sent to Shana L. Frost, Assistant Attorney General, counsel for Defendants via facsimile and first class mail to 441 Fourth Street, N.W. Washington, DC 20001.

Jude C. Iweanoge



MedStar Health

Name
**TAFLER ,HOWARD**

| DIAGNOSTIC STUDIES | | DATA REVIEWED |
|---|---|---|

| | | **Radiology** | ☐ EMD Reading | ☐ Old Records > |
|---|---|---|---|---|

WBC ____  GLU ____

HCT ____  BUN ____

PLT ____  CR ____

TN-1 ____  CK-MB ____  UHCG ____

UA ____

ABG on ____ O₂ >

☐ Hx from other >

☐ Test d/w performing MD >

☐ Reviewed image >

☐ Case d/w>

☐ Case d/w>

**ECG reading by EMD**

☐ Consults >

☐ Procedures>

Critical care time = 30-74 minutes    *(circle if performed)*

☐ Not read by EMD    Critical care time = 74-104 minutes    *(circle if performed)*

| DISCHARGE INSTRUCTIONS | |
|---|---|

**Diagnosis** ANXIETY

**Presenting Symptoms**
☐ Severe Pain    ☐ Fever    ☐ Bleeding
☐ Shortness of breath    ☐ Confusion    ☐ Vomiting
☐ Trouble using arm or leg

Co-Morbidity>

Follow-up WITH Psychiatry 202-687-8609 DR. COOK

You were seen by Dr. DOLA

**Clinics**
IMA 687-8168
ORTH 687-8766
GYN 687-8232
PEDS 687-5437
NEURO 687-8525

☐ You should be re-examined in ____ days, call as soon as possible for an appointment.

☐ If not improving after ____ days, call for the next appointment.

☐ Additional follow-up ____

Work related?  ☐ Yes    ☐ No
____ Days full disability
____ Days light duty

**Return to Emergency Department if:** new problem

**Additional Instructions:** POLICE

| Prescriptions | 1 | NONE | #RX> | # To Go> |
|---|---|---|---|---|
| | 2 | | #RX> | # To Go> |
| | 3 | | #RX> | # To Go> |

Sheets >                Pending Labels >

*I have read, understood and received a copy of my disposition record and discharge instructions:*    Patient's Signature ✗

| DISPOSITION | INITIALS | SIGNATURES |
|---|---|---|

Time Out ____  ☐ Home  ☐ Expired  ☐ AMA  ☐ AWOL  ☐ LWBS

☐ Mode of Transport  ☐ Car  ☐ Taxi  ☐ Bus  ☐ Walk  ☐ Ambulance

☐ Accompanied  ☐ Unaccompanied

☐ Admit  Rm ____  Service ____  Dr. ____

Transfer To ____

Condition on Discharge  ☐ Improved/stable  ☐ Unchanged/stable

Attending MD Signature >

RN Signature >

House Staff/Student Signature >

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
EMERGENCY DEPT. PATIENT RECORD
CLINICAL III

6166-454                501165294

**TAFLER ,HOWARD**    M
428 MARK PLACE
PHILADELPHIA    PA    19115
10/23/1971    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
FOLEY, KERRY A

## MedStar Health

TAFLER, HOWARD

### DIAGNOSTIC STUDIES

| | | | | | DATA REVIEWED |
|---|---|---|---|---|---|
| WBC ___ | | GLU ___ | **Radiology** | ☐ EMD Reading | ☐ Old Records > |
| HCT ___ | | BUN ___ | | | ☐ Hx from other > |
| PLT ___ | | CR ___ | | | ☐ Test d/w performing MD > |
| TN-1 ___ | CK-MB ___ | UHCG ___ | | | ☐ Reviewed image > |
| UA | | | | | ☐ Case d/w> |
| | | | | | ☐ Case d/w> |
| | | | **ECG reading by EMD** | | ☐ Consults > |
| ABG on | O₂ > | | | | ☐ Procedures> |

$O_2$

Critical care time = 30-74 minutes  *(circle if performed)*

☐ Not read by EMD | Critical care time = 74-104 minutes  *(circle if performed)*

### DISCHARGE INSTRUCTIONS

**Diagnosis** Facial laceration

**Co-Morbidity>**

**Presenting Symptoms**
- ☐ Severe Pain
- ☐ Shortness of breath
- ☐ Trouble using arm or leg
- ☐ Fever
- ☐ Confusion
- ☐ Bleeding
- ☐ Vomiting

**Follow-up** GT ED or your doctor for suture removal in 5 days

| | Clinics | | You were seen by |
|---|---|---|---|
| ☐ You should be re-examined in ___ days, call as soon as possible for an appointment | IMA | 687-8168 | Dr. DOLAN |
| ☐ If not improving after ___ days, call for the next appointment. | ORTH | 687-8766 | Work related? ☐ Yes ☐ No |
| | GYN | 687-8232 | |
| ☐ Additional follow-up ___ | PEDS | 687-5437 | ___ Days full disability |
| | NEURO | 687-8525 | ___ Days light duty |

**Return to Emergency Department if:** new problems

**Additional instructions:** keep clean and dry Tylenol or Motrin for pain

| Prescriptions | 1 | | #RX> | # To Go> |
|---|---|---|---|---|
| | 2 | | #RX> | # To Go> |
| | 3 | | #RX> | # To Go> |

**Sheets >**

*I have read, understood and received a copy of my disposition record and discharge instructions:*   Patient's Signature  X

Pending Labels >

### DISPOSITION

**Time Out** 0705  ☒ Home  ☐ Expired  ☐ AMA  ☐ AWOL  ☐ LWBS

☐ Mode of Transport  ☐ Car  ☐ Taxi  ☐ Bus  ☐ Walk  ☐ Ambulance

☐ Accompanied  ☐ Unaccompanied

☐ Admit  Rm ___  Service ___  Dr. ___

Transfer To ___

**INITIALS**

**SIGNATURES**

**Condition on Discharge** ☐ Improved/stable ☐ Unchanged/stable

**Attending MD Signature >**

**RN Signature >** G. Oliste - RN

**House Staff/Student Signature >**

AFFIX LABEL HERE

6166-454                        501126122

TAFLER, HOWARD                  M
428 MARK PLACE
PHILADELPHIA
PA    19115
10/23/1971    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
DOLAN, TERESA S        08/04/02

Georgetown
University
Hospital

*MedStar Health*

6166-454                    501126122
TAFLER ,HOWARD                    M
428 MARK PLACE                    30
PHILADELPHIA              PA    19115
10/23/1971
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
DOLAN, TERESA S              08/04/02

## INITIAL ASSESSMENT

| Date | Time | Previous Patient | Family Present | | | | | | |
|------|------|------|------|------|------|------|------|------|------|
| 8/4/02 | 0435 | ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ EMS ☐ WC ☑ Walk | LMP | Age 30 Ⓜ F | Educational Barriers ☐ No ☐ Yes | | EMERGENT 1 NON URGENT ③  URGENT 2 MINOR 4 |

| Temp | HR | RR | BP | O2 Sat | Mental Status | Tetanus 2000 | Pain 0 1 2 3 4 5 6 7 8 9 10 | | |
| 99' | 108 | 20 | 122/92 | NA | ☑ nl ☐ abnl | UTD Ped Immun ☐ No ☐ Yes   Wgt ____ | PMD | Head Circ | Room ② |

Time Back 0440

CC   Pt. fell attempting to flee police. ⊕
abrasions ; possible Placerations.

Meds   ∅

PMH

PMH   ☐ Asthma  ☐ CAD  ☐ CHF  ☐ COPD  ☐ CVA  ☐ DM  ☐ HIV  ☐ HTN
☐ ESRD  Last Dialysis ___  ☐ PE/DVT  ☐ Pneumonia  ☑ PUD ?  ☐ Sz
☐ None  Surgery > _____  Cancer > _____  Other > GI BLEEDING ?
☑ No known drug allergies  ☐ Allergies                  Triage RN:
Habits>  ☐ None  ☑ ETOH  ☐ Tobacco  ☐ Substance  SH ☐ Home/alone  ☐ Home/others  ☐ Institution  ☐ NFA
ROS  ☐ Constitutional  ☐ Eyes  ☑ ENT  ☑ CV  ☐ Resp  ☐ GI  ☐ GU
☑ All others neg  ☑ MS  ☑ Skin  ☐ Neuro  ☐ Psych  ☐ Heme/Lymph  ☐ Endo  ☐ All/Imm

HPI  MD Time > 4:50 am  Initial nsg notes reviewed ☑ Yes  ☐ No   ☑ Case d/w resident. Patient interviewed and examined.
Source >  ☑ Patient  ☐ Family/Friend  ☐ EMS  ☐ PMD  ☐ Records
Unable to obtain data due to >  30 yo ♂ s/p fall in alley
while running from police. Pt. hit chin,
wrists (palms) + knees. ⊕ pain @ chin/
mouth area. ⊕ ETOH tonight. ∅LOC
Severity  Denies any drugs.
Quality
Location  Reports last Tetanus ~ 2 yrs ago.
Context
Duration
Timing
Associated Symptoms
Modifying Factors
House Staff/Student Signature >  ____ mo Lowery

30 yo ♂ c h/o
fall on street
today c laceration
chin c laceration
to upper lip.

Attending MD Signature

## GEORGETOWN UNIVERSITY HOSPITAL
### WASHINGTON D.C. 20007
### EMERGENCY DEPT. PATIENT RECORD
CLINICAL I

MR 240.030 (2/02)

AFFIX LABEL HERE
6166-454                    501126122
TAFLER ,HOWARD                    M
428 MARK PLACE                    30
PHILADELPHIA              PA    19115
10/23/1971
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
DOLAN, TERESA S              08/04/02

## MedStar Health

Name
**TAFLER ,HOWARD**

**PE  Check if normal, circle if abnormal and ... ecify abnormality**

Reviewed procedures risks/benefits/alternatives.
Patient consents ☐ Yes  ☐ No

Pulse ox on _____ O₂  ☐ normal  ☐ abnormal _____
☐ cardiac monitor

| Const | ☑ VS | ⊘ appearance | → *blood mouth/chin, smells of EtOH* |
| Eyes | ☑ conj/lids | ☑ pupils | |
| ENT | ☐ ext ear/nose | ⊘ oropharnyx | *1-2 cm lac – superficial upper lip* *Lacerations* |
| Resp | ☐ resp effort | ☐ auscultation | *~ 4 cm lac bottom of chin – Chin* |
| CV | ☐ auscultation | ☐ leg edema | *actively bleeding* *1.5cm* |
| Abdomen | ☐ mass/tender | ☐ liver/spleen | *Dentition intact – ∅ evidence* *0.5cm* |
| GU: Female: | ☐ external genitalia | ☐ cervbt/adenxa | *intrapharyngeal/mouth lesions* *full thickness* |
| Male: | ☐ scrotum | ☐ penis/testes | *∅ TMJ crepitus/tenderness* *1cm partial* |
| | | | *Oclusion* *thickness* |
| Lymph | ☐ neck | ☐ axilla | *upper lip* |
| Neuro | ☐ cranial nerves | ⊘ sensation | → *DTR ² ⊕ LE* |
| Skin | ☐ color | ☐ temperature | |
| MS | ☑ strength | ⊘ tenderness | → *Abrasions ® palm, ® knee* *Repair note* |
| Psych | ☑ orientation | ⊘ judgment | *∅ knee cap TTP/crepitus* *Area clean* *numbered lac appropriate* *irrigated c̄* |
| | ☑ memory | ☑ mood | *saline, prepped* |
| | ☑ affect | ☑ thought | |

Care assumed by Dr.
at _____ am/pm

**Case Analysis:** *Facial laceration* *D/C Home*

| TIME | ORDERS | | | RN | TIME | TIME | ORDERS | | RN | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| | CBC | Chem 7 | PT | PTT | | | | | | |
| | Cardiac Enzymes | | ABG | | | | | | | |
| | LFT's | UA | | UHCG | | | | | | |
| | Amylase | Lipase | Type & Screen | | | | | | | |
| | ECG: ☐ Chest Pain ☐ Palpitations ☐ Other: | | | | | | | | | |
| | Xray: | | | | | | | | | |
| | ☐ Pain ☐ SOB ☐ Trauma ☐ Vomiting ☐ Other: | | | | | | | | | |
| | *D/C HOME* | | | *940705* | | | | | | |

House Staff/Student Signature > _____ *MD LOWERY*

Attending MD Signature > _____

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**

CLINICAL II

MR 240.030 (4/01)

6166-454                        501126122

**TAFLER ,HOWARD**                M
428 MARK PLACE
PHILADELPHIA          PA      19115
10/23/1971            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
DOLAN, TERESA S              08/04/02

## MedStar Health

Name
**TAFLER ,HOWARD**

### NEUROLOGICAL

**Oriented:** ☐ No  ☑ Yes
☑ Time  ☑ Place  ☑ Person

**Pupil Response:**
Size (R) 4mm   Size (L) 4mm

Brisk ........................ ☐ R _____ ☑ L _____
Sluggish ................... ☐ R _____ ☐ L _____
No Reaction .............. ☐ R _____ ☐ L _____

1  2  3  4  5  6  7  8

### RESPIRATORY

**Breath Sounds:**       **Other:**
☑ Clear ............ ☑ R ☑ L _____
☐ Crackles ........ ☐ R ☐ L _____
☐ Decreased ...... ☐ R ☐ L _____
☐ Wheezes ........ ☐ R ☐ L _____
☐ Absent ........... ☐ R ☐ L _____

### CARDIOVASCULAR

**Pulse:** ☑ Regular ☐ Irregular ☐ Absent
☑ Strong ☐ Weak
**Peripheral Pulses:** + ☑ - ☐ ☐ N/A
**Skin Temp/Moisture/Color:** ☑ WNL
☐ Warm ☐ Hot ☐ Cool ☐ Dry
☐ Diaphoretic
**Edema:** ☐ No ☐ Yes
☑ N/A or _____

### GASTROINTESTINAL

**Bowel Sounds:**
☑ Present
☐ Absent

**Abdomen:**                N/A
☐ Soft
☐ Rigid
☐ Tender
☐ Distended

**Voiding Patterns:**
☐ Normal
☐ Retention
☐ Incontinent

**Other:**
_____

### MUSCULO-SKELETAL

**Symptoms**
☐ Swelling
☐ Pain               N/A
☐ Deformity
☐ Limited ROM
Location _____

**Limb Movement:**
Normal Power........................ ☐ No ☑ Yes
Weakness ............................. ☑ No ☐ Yes
No Response ......................... ☑ No ☐ Yes

### INTEGUMENTARY

**Integrity:**
☐ Intact          ☐ Decub
☐ Burn           ☑ Laceration
☐ Rash           ☐ Abrasion
Location _____

### PSYCHOSOCIAL

☐ Delusions        ☐ Hallucinations
☐ Depressed       ☐ Agitated
☐ Other            ☐ Age Appropriate

### GLASGOW COMA SCORE

| | Score |
|---|---|
| **Eye Openings:** | |
| 4 Spontaneous ........................ | 4 |
| 3 To Voice | |
| 2 To Pain | |
| 1 None | |
| **Verbal Response:** | |
| 5 Oriented ............................ | 5 |
| 4 Confused ............................ | |
| 3 Inappropriate Words ............... | |
| 2 Inappropriate Sounds .............. | |
| 1 None | |
| **Motor Response:** | |
| 6 Obeys Command ................... | 6 |
| 5 Localizes Pain | |
| 4 Withdrawal Pain | |
| 3 Flexion | |
| 2 Extension........................... | |
| 1 None | |
| **TOTAL:** | 15 |

### DISCHARGE NEEDS/ EDUCATIONAL NEEDS

Assistance Needed
on Discharge.............................. ☐ No ☐ Yes
Social Worker Needed .................. ☐ No ☐ Yes
Family Involved ......................... ☐ No ☐ Yes

**Learns Best By:**
☐ Reading
☐ Listening
☐ Demonstration
☐ Other

| Time | BP | T | P | R | PAIN | Pulse Ox | NURSING PROGRESS NOTES |
|---|---|---|---|---|---|---|---|
| 0435 | | | | | 30 y/o of | | presents in custody of police c̄ c/o multiple abrasions on face. Pt alert, oriented ×3/×5 c̄ no c/o pain ~~BM RN~~ |
| 0705 | 189/90 | 98.7 | 86 | 20 | | | Pt d/c'd to MPD, pt given verbal and written d/c instructions and verbalized an understanding of same. Pt is to F/U in 5 days for suture removal. —— Gregory P. Alston, RN |

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**

CLINICAL IV

MR 240.030 (4/01)

6166-454                    501126122

**TAFLER ,HOWARD**         M
428 MARK PLACE
PHILADELPHIA
10/23/1971          PA    19115
                    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
DOLAN, TERESA S        08/04/02

Name



**MedStar Health**

Name
**TAFLER ,HOWARD**

| DIAGNOSTIC STUDIES | | DATA REVIEWED |
|---|---|---|

WBC 6.5   GLU 65
HCT 46   140   103   BUN 15
PLT 296   4.0   29   CR 0.8
TN-1 ___   CK-MB ___   UHCG ___
UA 56   1028   pH 5.5
○ urobil   ○ All others
ABG on ___   O₂ > ___

**Radiology**   ☐ EMD Reading

⊕ Abd: acute
process poss. epiploic
appendagitis of hernia

ECG reading by EMD

☐ Not read by EMD

☐ Old Records >
☐ Hx from other > ___
☑ Test d/w performing MD > Radiology
☐ Reviewed image > — D per resident
☐ Case d/w> reviewed c
☐ Case d/w> attending
☐ Consults > ___
☐ Procedures> ___
Critical care time = 30-74 minutes   *(circle if performed)*
Critical care time = 74-104 minutes   *(circle if performed)*

## DISCHARGE INSTRUCTIONS

**Diagnosis** ① Abdominal pain - possible
inguinal hernia (self reduced)
**Co-Morbidity** ② low blood sugar

**Presenting Symptoms**
☐ Severe Pain   ☐ Fever   ☐ Bleeding
☐ Shortness of breath   ☐ Confusion   ☐ Vomiting
☐ Trouble using arm or leg

**Follow-up** General Surgery Clinic 687-2715

☐ You should be re-examined in 3-5 days, call as soon as possible for an appointment.
☐ If not improving after ___ days, call for the next appointment.
☐ Additional follow-up ___

| Clinics | | You were seen by |
|---|---|---|
| IMA | 687-8168 | Dr. ___ |
| ORTH | 687-8766 | Work related? ☐ Yes ☐ No |
| GYN | 687-8232 | ___ Days full disability |
| PEDS | 687-5437 | ___ Days light duty |
| NEURO | 687-8525 | |

**Return to Emergency Department if:** severe pain, fever, vomiting,
black or bloody stools, no bowel movements over 24-48
hours

**Additional instructions:** — Rest. Keep well hydrated
No heavy lifting over 10-15 pounds or strenuous activity

| Prescriptions | 1 | Motrin for pain | #RX> | # To Go> |
|---|---|---|---|---|
| | 2 | | #RX> | # To Go> |
| | 3 | | #RX> | # To Go> |

Sheets > Abdominal pain   Pending Labels > ___

*I have read, understood and received a copy of
my disposition record and discharge instructions:*   Patient's Signature **X** ___

| DISPOSITION | INITIALS | SIGNATURES |
|---|---|---|

Time Out ___   ☐ Home ☐ Expired ☐ AMA ☐ AWOL ☐ LWBS

☐ Mode of Transport ☐ Car ☐ Taxi ☐ Bus ☐ Walk ☐ Ambulance

☐ Accompanied   ☐ Unaccompanied

☐ Admit   Rm ___   Service ___   Dr. ___

Transfer To ___

Condition on Discharge   ☐ Improved/stable   ☐ Unchanged/stable

Attending MD
Signature >

RN Signature > ___     House Staff/Student Signature > ___

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**

6166-454                    501291892
**TAFLER ,HOWARD**          M
428 MARK PLACE

**Georgetown University Hospital**

*MedStar Health*

6166-454                                     501130769

**TAFLER ,HOWARD**                           M
428 MARK PLACE                               30
PHILADELPHIA
10/23/1971                          PA    19115
                                    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
SMERECK, JANET A
                                             08/09/02

## INITIAL ASSESSMENT

| Date 9/9/0 | Time 17 0 | Previous Patient ☑Yes ☐No | Family Present ☐Yes ☑No | ☐EMS ☐WC ☑Walk | LMP ∅ | Age 30 | M F | Educational Barriers ☑No ☐Yes | EMERGENT 1 NON URGENT 3 | URGENT 2 MINOR 4 |
|---|---|---|---|---|---|---|---|---|---|---|

| Temp 97.7 | HR 91 | RR 16 | BP 111/68 | O2 Sat 96 | Mental Status ☑nl ☐abnl | UTD Ped Immun ☐No ☐Yes PMD Phila. | Wgt _____ | Head Circ | Room |
|---|---|---|---|---|---|---|---|---|---|

Tetanus 24yrs   Pain ⓪ 1 2 3 4 5 6 7 8 9 10

Time Back

CC   suffered lip and chin lac 5 days ago
here for suture removal today.

Meds  ∅

PMH   None

| PMH | ☑Asthma | ☐CAD | ☐CHF | ☐COPD | ☐CVA | ☐DM | ☐HIV | ☐HTN |
|---|---|---|---|---|---|---|---|---|
| | ☐ESRD | Last Dialysis ___ | ☐PE/DVT | ☐Pneumonia | | ☐PUD | ☐Sz | |

☐None   Surgery > deviated   Cancer> STим   Other > _____

☑No known drug allergies ☐Allergies                    Triage RN:

Habits> ☑None ☐ETOH ☐Tobacco ☐Substance   SH ☐Home/alone ☐Home/others ☐Institution ☐NFA

ROS  ☑Constitutional ☐Eyes ☐ENT ☑CV ☑Resp ☐GI ☐GU
☑All others neg ☐MS ☑Skin ☑Neuro ☐Psych ☐Heme/Lymph ☐Endo ☐All/Imm

HPI   MD Time > 608   Initial nsg notes reviewed ☐Yes ☑No   ☐Case d/w resident. Patient interviewed and examined.

Source > ☑Patient ☐Family/Friend ☐EMS ☐PMD ☐Records

Unable to obtain data due to > _____

say to be here for suture
removal 5 days ō
placed for lac ?

suture removal
for facial lac
5 days

| Severity | |
| Quality | |
| Location | |
| Context | |
| Duration | |
| Timing | |
| Associated Symptoms | |
| Modifying Factors | |

House Staff/Student Signature >

Attending MD Signature

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
**WASHINGTON D.C. 20007**
**EMERGENCY DEPT. PATIENT RECORD**
**CLINICAL I**

MR 240.030 (2/02)

6166-454                                     501130769

**TAFLER ,HOWARD**                           M
428 MARK PLACE                               30
PHILADELPHIA
10/23/1971                          PA    19115
                                    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
SMERECK, JANET A                             08/09/02

**MedStar Health**

Name

**TAFLER ,HOWARD**

PE Check if normal, circle if abnormal and specify abnormality

Reviewed procedures risks/benefits/alternatives.
Patient consents ☐ Yes   ☐ No

Pulse ox on _____ O₂  ☐ normal  ☐ abnormal _____

☐ cardiac monitor

| | | |
|---|---|---|
| **Const** | ☑ VS | ☑ appearance |
| **Eyes** | ☐ conj/lids | ☐ pupils |
| **ENT** | ☐ ext ear/nose | ☐ oropharynx |
| **Resp** | ☐ resp effort | ☐ auscultation |
| **CV** | ☐ auscultation | ☐ leg edema |
| **Abdomen** | ☐ mass/tender | ☐ liver/spleen |
| **GU: Female:** | ☐ external genitalia | ☐ cervbt/adenxa |
| **Male:** | ☐ scrotum | ☐ penis/testes |
| **Lymph** | ☐ neck | ☐ axilla |
| **Neuro** | ☐ cranial nerves | ☐ sensation |
| **Skin** | ☐ color | ☐ temperature |
| **MS** | ☐ strength | ☐ tenderness |
| **Psych** | ☐ orientation | ☐ judgment |
| | ☐ memory | ☐ mood |
| | ☑ affect | ☐ thought |

wound heal p well
3 sgns irfect

well heal p
x 6·0 ptdent
sen l
removed

Proc
Sutur
removal
x 8 (6-0
ptden

Care assumed by Dr.

at                    am/pm

**Case Analysis:**

| TIME | ORDERS | | RN | TIME | TIME | ORDERS | | RN | TIME |
|---|---|---|---|---|---|---|---|---|---|
| | CBC    Chem 7    PT    PTT | | | | | | | | |
| | Cardiac Enzymes    ABG | | | | | | | | |
| | LFT's    UA    UHCG | | | | | | | | |
| | Amylase    Lipase    Type & Screen | | | | | | | | |
| | ECG: ☐ Chest Pain ☐ Palpitations ☐ Other: | | | | | | | | |
| | Xray: | | | | | | | | |
| | ☐ Pain ☐ SOB ☐ Trauma ☐ Vomiting ☐ Other: | | | | | | | | |

House Staff/Student Signature >

Attending MD Signature >

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**

CLINICAL II

6166-454                    501130769

**TAFLER ,HOWARD**                    M

428 MARK PLACE
PHILADELPHIA          PA      19115
10/23/1971          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
SMERECK, JANET A          08/09/02

MR 240.030 (4/01)

Name

**TAFLER ,HOWARD**

## MedStar Health

| DIAGNOSTIC STUDIES | DATA REVIEWED |
|---|---|

**DIAGNOSTIC STUDIES**

WBC _____     GLU _____

HCT _____     BUN _____

PLT _____     CR _____

TN-1 _____  CK-MB _____   UHCG _____

UA _____

ABG on _____  O₂ >

**Radiology**  ☐ EMD Reading

**ECG reading by EMD**

☐ Not read by EMD

**DATA REVIEWED**

☐ Old Records >
☐ Hx from other >
☐ Test d/w performing MD >
☐ Reviewed Image >
☐ Case d/w>
☐ Case d/w>
☐ Consults >
☐ Procedures>

Critical care time = 30-74 minutes    *(circle if performed)*
Critical care time = 74-104 minutes    *(circle if performed)*

## DISCHARGE INSTRUCTIONS

**Diagnosis**   *Scoring Removed*

**Co-Morbidity>**

**Follow-up**  *your doctor as needed.*

☐ You should be re-examined in _____ days, call as soon as possible for an appointment.
☐ If not improving after _____ days, call for the next appointment.
☐ Additional follow-up _____

**Return to Emergency Department if:**

**Additional instructions:**  *Stop Smoking*

**Presenting Symptoms**
☐ Severe Pain   ☐ Fever   ☐ Bleeding
☐ Shortness of breath   ☐ Confusion   ☐ Vomiting
☐ Trouble using arm or leg

**Clinics**
IMA    687-8168
ORTH   687-8766
GYN    687-8232
PEDS   687-5437
NEURO  687-8525

**You were seen by**
Dr. _____
Work related?  ☐ Yes  ☐ No
_____ Days full disability
_____ Days light duty

| Prescriptions | 1 | | #RX> | # To Go> |
|---|---|---|---|---|
| | 2 | | #RX> | # To Go> |
| | 3 | | #RX> | # To Go> |

**Sheets >**

**Pending Labels >**

*I have read, understood and received a copy of my disposition record and discharge instructions:*   **Patient's Signature  X** *Howard Tafler*

## DISPOSITION

| DISPOSITION | INITIALS | SIGNATURES |
|---|---|---|

**Time Out** _____  ☐ Home  ☐ Expired  ☐ AMA  ☐ AWOL  ☐ LWBS

☐ **Mode of Transport**  ☐ Car  ☐ Taxi  ☐ Bus  ☐ Walk  ☐ Ambulance

☐ Accompanied   ☐ Unaccompanied

☐ Admit   Rm _____  Service _____  Dr. _____

Transfer To _____

**RN Signature**

**House Staff/Student Signature**

**Condition on Discharge**  ☐ Improved/stable  ☐ Unchanged/stable

**Attending MD Signature >**

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**
CLINICAL III

MR 240.030 (4/01)

6166-454                           501130769

**TAFLER ,HOWARD**                    M
428 MARK PLACE
PHILADELPHIA        PA      19115
10/23/1971          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
SMERECK, JANET A            08/09/02

## MedStar Health

**Name**

**TAFLER ,HOWARD**

### NEUROLOGICAL

**Oriented:** ☐ No  ☑ Yes
☐ Time  ☐ Place  ☐ Person

**Pupil Response:**
Size (R) _____  Size (L) _____

Brisk ........................ ☐ R _____ ☐ L _____

Sluggish ................... ☐ R _____ ☐ L _____

No Reaction .............. ☐ R _____ ☐ L _____

1  2  3  4  5  6  7  8

### RESPIRATORY

**Breath Sounds:**       **Other:**

☐ Clear .................. ☐ R ☐ L _____

☐ Crackles ............. ☐ R ☐ L _____

☐ Decreased .......... ☐ R ☐ L _____

☐ Wheezes ............. ☐ R ☐ L _____

☐ Absent ................ ☐ R ☐ L _____

### CARDIOVASCULAR

**Pulse:** ☑ Regular ☐ Irregular ☐ Absent
☐ Strong ☐ Weak

**Peripheral Pulses:** + ☐ - ☐ ☐ N/A

**Skin Temp/Moisture/Color:** ☐ WNL
☐ Warm ☐ Hot ☐ Cool ☐ Dry
☐ Diaphoretic

**Edema:** ☐ No ☐ Yes
☐ N/A or _____

### GASTROINTESTINAL

**Bowel Sounds:**       **Voiding Patterns:**
☐ Present            ☐ Normal
☐ Absent             ☐ Retention
                     ☐ Incontinent

**Abdomen:**
☐ Soft               **Other:**
☐ Rigid              _____
☐ Tender             _____
☐ Distended

### MUSCULO-SKELETAL

**Symptoms**
☐ Swelling
☐ Pain
☐ Deformity
☐ Limited ROM
Location _____

**Limb Movement:**
Normal Power.......................... ☐ No ☐ Yes
Weakness .............................. ☐ No ☐ Yes
No Response .......................... ☐ No ☐ Yes

### INTEGUMENTARY

**Integrity:**
☐ Intact          ☐ Decub
☐ Burn            ☐ Laceration
☐ Rash            ☐ Abrasion
Location _____

### PSYCHOSOCIAL

☐ Delusions        ☐ Hallucinations
☐ Depressed        ☑ Agitated
☐ Other            ☐ Age Appropriate

### GLASGOW COMA SCORE

Score

**Eye Openings:**
4  Spontaneous ...................................   4
3  To Voice
2  To Pain
1  None

**Verbal Response:**
5  Oriented ..........................................   5
4  Confused
3  Inappropriate Words ......................
2  Inappropriate Sounds ....................
1  None

**Motor Response:**
6  Obeys Command ..........................   6
5  Localizes Pain
4  Withdrawal Pain ............................
3  Flexion
2  Extension.......................................
1  None

**TOTAL:** 15

### DISCHARGE NEEDS/ EDUCATIONAL NEEDS

Assistance Needed
on Discharge.............................. ☑ No ☐ Yes

Social Worker Needed ............... ☑ No ☐ Yes

Family Involved ......................... ☑ No ☐ Yes

**Learns Best By:**
☐ Reading
☐ Listening
☐ Demonstration
☐ Other _____

| Time | BP | T | P | R | PAIN | Pulse Ox | NURSING PROGRESS NOTES |
|------|----|----|----|----|------|----------|------------------------|
|  |  |  |  |  |  |  | _(handwritten notes)_ |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**AFFIX LABEL HERE**

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**

CLINICAL IV

MR 240.030 (4/01)

6166-454                    501130769

**TAFLER ,HOWARD**                    M
**428 MARK PLACE**
PHILADELPHIA        PA    19115
10/23/1971          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
SMERECK, JANET A          08/09/02



# MedStar Health

**TAFLER ,HOWARD**

## DIAGNOSTIC STUDIES

| | |
|---|---|
| WBC _____ | _____ GLU _____ |
| HCT _____ | BUN _____ |
| PLT _____ | CR _____ |
| TN-1 _____  CK-MB _____ | UHCG _____ |
| UA _____ | |
| ABG on _____   O₂ > | |

**Radiology**   ☐ EMD Reading

_____

_____

_____

**ECG reading by EMD**

☐ Not read by EMD

## DATA REVIEWED

☐ Old Records >
☐ Hx from other >
☐ Test d/w performing MD >
☐ Reviewed Image >
☐ Case d/w>
☐ Case d/w>
☐ Consults >
☐ Procedures>

Critical care time = 30-74 minutes   (circle if performed)
Critical care time = 74-104 minutes   (circle if performed)

## DISCHARGE INSTRUCTIONS

**Diagnosis**  *Scoring Rononum*

**Co-Morbidity>**

**Presenting Symptoms**
☐ Severe Pain      ☐ Fever      ☐ Bleeding
☐ Shortness of breath   ☐ Confusion   ☐ Vomiting
☐ Trouble using arm or leg

**Follow-up**  *your doctor as needed.*

☐ You should be re-examined in _____ days, call as soon as possible for an appointment.
☐ If not improving after _____ days, call for the next appointment.
☐ Additional follow-up _____

| Clinics | | You were seen by |
|---|---|---|
| IMA | 687-8168 | Dr. _____ |
| ORTH | 687-8766 | Work related? ☐ Yes  ☐ No |
| GYN | 687-8232 | _____ Days full disability |
| PEDS | 687-5437 | _____ Days light duty |
| NEURO | 687-8525 | |

**Return to Emergency Department if:**

**Additional instructions:**  *Stop Smoking.*    784-3184.

| Prescriptions | 1 | *(medical records)* | #RX> | # To Go> |
|---|---|---|---|---|
| | 2 | | #RX> | # To Go> |
| | 3 | | #RX> | # To Go> |

**Sheets >**         **Pending Labels >**

*I have read, understood and received a copy of my disposition record and discharge instructions:*   **Patient's Signature  X** _____

## DISPOSITION

**Time Out** _____   ☐ Home  ☐ Expired  ☐ AMA  ☐ AWOL  ☐ LWBS

☐ Mode of Transport  ☐ Car  ☐ Taxi  ☐ Bus  ☐ Walk  ☐ Ambulance

☐ Accompanied      ☐ Unaccompanied

☐ Admit   Rm _____  Service _____  Dr. _____

Transfer To _____

**RN Signature** _____

**House Staff/Student Signature** _____

**INITIALS**

**SIGNATURES**

**Condition on Discharge**  ☐ Improved/stable   ☐ Unchanged/stable

**Attending MD Signature >**

AFFIX LABEL HERE

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**

CLINICAL III

MR 240.030 (4/01)

6166-454                    501130769
**TAFLER ,HOWARD**              M
428 MARK PLACE
PHILADELPHIA
10/23/1971        PA    19115
                  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

## MedStar Health

**Name**
**TAFLER ,HOWARD**

### DIAGNOSTIC STUDIES

WBC _____          GLU _____

HCT _____          BUN _____

PLT _____          CR _____

TN-1 _____  CK-MB _____  UHCG _____

UA

ABG on          O₂ >

Radiology          ☐ EMD Reading

ECG reading by EMD

☐ Not read by EMD

### DATA REVIEWED

☐ Old Records >
☐ Hx from other >
☐ Test d/w performing MD >
☐ Reviewed image >
☐ Case d/w >
☐ Case d/w >
☐ Consults >
☐ Procedures>

Critical care time = 30-74 minutes   *(circle if performed)*

Critical care time = 74-104 minutes   *(circle if performed)*

### DISCHARGE INSTRUCTIONS

**Diagnosis** Facial laceration

**Co-Morbidity>**

☐ Presenting Symptoms

☐ Severe Pain      ☐ Fever      ☐ Bleeding
☐ Shortness of breath   ☐ Confusion   ☐ Vomiting
☐ Trouble using arm or leg

**Follow-up** GT ED or your doctor

☐ You should be re-examined in _____ days, call as soon as possible for an appointment.

☐ If not improving after _____ days, call for the next appointment. *for suture removal in 5 days*

☐ Additional follow-up

**Clinics**

| | |
|---|---|
| IMA | 687-8168 |
| ORTH | 687-8766 |
| GYN | 687-8232 |
| PEDS | 687-5437 |
| NEURO | 687-8525 |

**You were seen by**
Dr. DOLAN

Work related? ☐ Yes ☐ No

_____ Days full disability
_____ Days light duty

**Return to Emergency Department if:** new problems

**Additional instructions:** keep clean and dry Tylenol or Motrin for pain

| Prescriptions | 1 | #RX> | # To Go> |
|---|---|---|---|
| | 2 | #RX> | # To Go> |
| | 3 | #RX> | # To Go> |

**Sheets >**          **Pending Labels >**

*I have read, understood and received a copy of my disposition record and discharge instructions:*   **Patient's Signature X** _____

### DISPOSITION

Time Out _____  ☐ Home  ☐ Expired  ☐ AMA  ☐ AWOL  ☐ LWBS

☐ Mode of Transport  ☐ Car  ☐ Taxi  ☐ Bus  ☐ Walk  ☐ Ambulance

☐ Accompanied      ☐ Unaccompanied

☐ Admit   Rm _____   Service _____   Dr. _____

Transfer To _____

RN Signature >

House Staff/Student Signature >

### INITIALS          SIGNATURES

Condition on Discharge   ☐ Improved/stable   ☐ Unchanged/stable

Attending MD Signature >

**AFFIX LABEL HERE**

**GEORGETOWN UNIVERSITY HOSPITAL**
WASHINGTON, D.C. 20007
**EMERGENCY DEPT. PATIENT RECORD**
CLINICAL III

MR 240.030 (4/01)

6166-454          501126122

**TAFLER ,HOWARD**          M
428 MARK PLACE
PHILADELPHIA      PA      19115
10/23/1971        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
DOLAN, TERESA S          08/04/02




**JOHN J. KLIMKIEWICZ, M.D.**
Department of Orthopaedic Surgery
Georgetown University Hospital
3800 Reservoir Road, N.W.  Washington, D.C. 20007
(202) 687-8766  (202) 687-7804 *facsimile*

Name  TAFLER, HOWARD              Date  9/6/02

Address _____

Rx    patellofemoral maltracking

       - Quad program
       - modalities
       HS stretch
         2x wh & 6 whs                        _____ M.D.

LABEL CONTENTS ☐ YES ☐ NO
REFILL  0 - 1 - 2  PRN
DEA No. BK 4617621

(10/00)

---

**GEORGETOWN UNIVERSITY HOSPITAL**
3800 RESERVOIR ROAD, N.W., WASHINGTON, D.C. 20007
TELEPHONE 202-687-0100

NAME  Howard Tafler                    DATE  9/3/02

ADDRESS _____

Rx    Motrin 800 mg tabs
       Disp. #30
       Sig: i po tid              _____ M.D.
                                   SIGNATURE
                                   JANOVCHIS  _____ M.D.
                                   PRINTED — VOID WITHOUT

LABEL AS TO CONTENTS . . . ☑ NO

GENERIC EQUIVALENT MAY
BE DISPENSED UNLESS
CHECKED . . . . . . . . . . . ☑ NO

REP.  0 - 1 - 2 - 3   PRN              REGISTRY DEA NO.

Form 72-901800(F46) (5/92)            ADDRESS/DEPT.

George Washington University Hospital (UHS)
Patient Accounting
900 23rd Street NW
Washington, DC 20037

ACCT DIAGNOSES DATA                    SVC FAC:  COPG    04/14/04  1457

PT NO:    107738379  TAFLER ,HOWARD MICHAEL    MR NO: 3155248    ACCT TYPE: B
REG: 07/30/03  DSCH: 08/01/03    FC: 5  PT: I  EXP IND:    ACCT BAL:    4415.50
-----------------------------------------------------------------PAGE NO:    1
  DIAGNOSES DATA FOR ACCOUNT
            EFF            CD  D E
  TYPE PRI  DATE    CODE   SYS I I   DESCRIPTION
   DA   1 073003    311     9  N     DEPRESSIVE DISORDER NEC
   DF   1 080103    296.20  9  1     MDD ONE EPIS-NOS
   DF   2 080103    305.60  9  N     COCAINE ABUSE-UNSPEC
   DF   3 080103    300.00  9  N     ANXIETY STATE NOS
   DF   4 080103    305.00  9  N     ALCOHOL ABUSE-UNSPEC
   DF   5 080103    277.4   9  N     DISORD BILIRUBIN EXCRET
   DF   6 080103    V60.0   9  N     LACK OF HOUSING


------------------------------------------------------------------------
  ! (PF14) SEL PT
  ! (PF15) RETURN TO PT OVERVIEW        ! PF11 DRG        !(PF2) ACCT PROC DATA
                                                         !(PF3) INSURANCE DATA

  PAQADX02
4-©           1      Sess-1     10.75.201.115

Name: haocaj - Date: 04/14/2004  Time: 14:55:18