**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HOWARD TAFLER** )  | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No: 05CV01563 (PLF) |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al** ) | |
|     Defendant(s) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER</u>**

The Parties in an attempt to resolve their discovery dispute have entered into the attached Stipulated Order for certain documents in possession of the District of Columbia and Metropolitan Police Department to be disclosed to Plaintiff.

WHEREFORE, the parties respectfully request this Honorable Court to issue the attached Stipulated Protective Order.

                                                                                       Respectfully Submitted,

                                                                             /s/JudeIweanoge/s/_____
                                                                               Jude C. Iweanoge
                                                                               THE IWEANOGES' FIRM P.C.
                                                                               1026 Monroe Street, NE
                                                                               Washington, DC 20017
                                                                               Phone: (202) 347-7026
                                                                               Fax: (202) 347-7108
                                                                               Email: jci@iweanogesfirm.com
                                                                               *Attorney for Plaintiff Howard Tafler*

                                                                             /s/ShanaFrost/s/_____
                                                                               Shana L. Frost
                                                                               Assistant Attorney General
                                                                               441 Fourth Street, NW, 6th Floor
                                                                               Washington, DC 20001
                                                                               *Attorney for Defendants District of Columbia and Anthony Hector*