## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**HOWARD TAFLER**           )
    Plaintiff,                )
                                     )
    v.                             ) Civil Action No: 05CV01563 (PLF)
                                     )
**THE DISTRICT OF COLUMBIA, et al**  )
    Defendant(s)           )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

The Parties in an attempt to resolve their discovery dispute have entered into the attached Stipulated Order for certain documents in possession of the District of Columbia and Metropolitan Police Department to be disclosed to Plaintiff.

WHEREFORE, the parties respectfully request this Honorable Court to issue the attached Stipulated Protective Order.

    Respectfully Submitted,

    /s/JudeIweanoge/s/
    Jude C. Iweanoge
    THE IWEANOGES' FIRM P.C.
    1026 Monroe Street, NE
    Washington, DC 20017
    Phone: (202) 347-7026
    Fax: (202) 347-7108
    Email: jci@iweanogesfirm.com
    *Attorney for Plaintiff Howard Tafler*

    /s/ShanaFrost/s/
    Shana L. Frost
    Assistant Attorney General
    441 Fourth Street, NW, 6th Floor
    Washington, DC 20001
    *Attorney for Defendants District of Columbia and Anthony Hector*