UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOWARD TAFLER**            * | |
|                              * | |
|            **Plaintiffs**           * | |
|                              * | **Civil Action No. 05-1563 (PLF)** |
|      **v.**                          * | |
|                              * | |
| **DISTRICT OF COLUMBIA, et al**    * | |
|                              * | |
|            **Defendants**         * | |

**<u>CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

The Plaintiff, by and through its undersigned counsel, respectfully requests that the Court grant him an additional fourteen (14) days to file an opposition to Plaintiff's motion for summary judgment pursuant to the Court's Scheduling Order. In support thereof, the Plaintiff state as follows:

1. That the Court entered an Order on June 19, 2007, setting dispotive motions schedule, and directing that any motion for summary judgment shall be filed by July 20, 2007, opposition to motion for summary judgment due by August 17, 2007, and any replies due by on or before August 31, 2007.

2. That on Friday July 20, 2007, the counsel for defendants filed a motion for summary judgment.

3. That pursuant to the scheduling order Plaintiff's opposition is due by Friday August 17, 2007.

4. That Plaintiff needs additional time to respond to Defendants motion for summary judgment.

1

5.      That Plaintiff's counsel is heavily engaged with the press of other Court matters and personal matters and cannot file an opposition to defendants motion for summary judgment by Friday August 17, 2007.

6.      That an extension of time within which to file Plaintiff's opposition to Defendants motion for summary judgment is necessary because of the dispositive nature of the motion which Plaintiff intends to oppose.

7.      The Plaintiffs submit that no party would be prejudiced by the requested extension of time because counsel for Defendants District of Columbia and Anthony Hector consent to the relief requested herein.

8.      That counsel for Defendants with the consent of counsel for Plaintiff requests that the time for filing Defendants reply be extended to September 14, 2007.

WHEREFORE, Plaintiff, respectfully request that this Honorable Court grant a fourteen-day extension of time, up to and including Friday August 31, 2007, to file opposition to Defendants motion for summary judgment and that Defendants reply be due fourteen days after that.

> Respectfully Submitted,
> THE IWEANOGES' FIRM, P.C.
>
> _____/s/*JudeIweanoge*/s/_____
> Jude C. Iweanoge
> **IWEANOGE LAW CENTER**
> 1026 Monroe Street, NE
> Washington, DC  20017
> Phone: (202) 347-7026
> Fax: (202) 347-7108
> Email: jci@iweanogesfirm.com
> Attorney for Plaintiff