UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOWARD TAFLER   *
                *
       Plaintiffs   *
                *   Civil Action No. 05-1563 (PLF)
v.              *
                *
DISTRICT OF COLUMBIA, et al   *
                *
       Defendants   *

**MOTION FOR FURTHER ENLARGMENT OF TIME TO FILE OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, by and through its undersigned counsel, respectfully requests that the Court grant him an additional fourteen (14) days to file an opposition to Plaintiff's motion for summary judgment pursuant to the Court's Scheduling Order. In support thereof, the Plaintiff states as follows:

1. That on August 16, 2007, the Court granted Plaintiff's motion for enlargement of time to file opposition to Defendants motion for summary judgment by August 31, 2007.

2. That Plaintiff still needs additional fourteen (14) days to respond to Defendants motion for summary judgment.

3. That Plaintiff's counsel would not be able to file the opposition to defendant's motion for summary judgment by August 31, 2007 as originally anticipated because undersigned counsel is not working full schedule to assist with child care as a result of the birth of his first child on July 4, 2007, and the press of other Court matters. In addition, Plaintiff has been hospitalized for about one (1) month and would not be able to

1

prepare affidavits to dispute some of the allegations raised in Defendants' motion for summary judgment.

4.  That an extension of time within which to file Plaintiff's opposition to Defendants motion for summary judgment is necessary because of the dispositive nature of the motion which Plaintiff intends to oppose but cannot do so by August 31, 2007 as aforestated.

5.  The Plaintiff submits that no party would be prejudiced by the requested extension of time.

6.  That despite diligent efforts, undersigned counsel was unable to obtain consent of Defendants counsel who has been out of the office since August 24, 2007 and is not expected to return until September 4, 2007.

WHEREFORE, Plaintiff, respectfully request that this Honorable Court grant an additional fourteen (14) day extension of time, up to and including Friday September 14, 2007, to file opposition to Defendants motion for summary judgment with affidavits.

> Respectfully Submitted,
> THE IWEANOGES' FIRM, P.C.
>
> _____/s/*JudeIweanoge*/s/_____
> Jude C. Iweanoge
> **IWEANOGE LAW CENTER**
> 1026 Monroe Street, NE
> Washington, DC  20017
> Phone: (202) 347-7026
> Fax: (202) 347-7108
> Email: jci@iweanogesfirm.com
> Attorney for Plaintiff