HOSPITAL CASE

# METROPOLITAN POLICE DEPARTMENT
Washington, D.C.

**ARREST/PROSECUTION REPORT**
P.D. 163 Rev. 1/2002      G.O. 401.5

1. PERSON NOTIFIED OF NAME CHANGE – TIME – DATE – TIME (ID ONLY)
2. ID NUMBER (ID ONLY): 542116
3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY)
4. CID NUMBER
5. UNIT ARREST NO: 030203811
6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest): TAFLER, HOWARD MICHEAL
7. DEA LAB NUMBER: N/A
8. Arresting Officer's Name: HECTOR, A. M.   Rank: OFC.   Badge #: 485   Agency: MPD
9. TYPE OF RELEASE: ☐ CITATION ☐ BOND ☐ COLLATERAL
10. NICKNAME / ALIAS
11. PHONE NUMBER: NONE
12. COURT DATE: 08-02-02
13. ADDRESS: 1768 U ST. N.W. # 2
14. TIME IN D.C.: 2YRS
15. ☐ CHILD ABUSE  ☐ GANG  ☐ HATE  ☐ SENIOR CITIZEN  ☒ DOMESTIC VIOLENCE
    SPECIAL INTELLIGENCE
16. SEX: Male
17. RACE: White
18. BIRTHDATE: 10/23/71
19. SOCIAL SECURITY NUMBER: 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
20. NEED INTERPRETER: ☐ YES ☒ NO
21. HEIGHT: 5-11
22. WEIGHT: 170
23. HAIR: BLK
24. EYES: BRO
25. COMPLEX: Light
26. PERMIT NO/ST: N/A
27. BIRTHPLACE: PHILADELPHIA, PENN.
28. CO-DEFENDANTS Number 0
29. IMPERSONATOR? ☐ M ☐ F ☒ NO
30. ETHNICITY: ANGLO-AMER.
31. CAUTION: NONE
32. SCARS/MARKS/TATTOOS: NONE
33. HAT
34. JACKET
35. PANTS: BLACK
36. COAT
37. SHIRT: WHITE
38. SKIRT/DRESS
39. WALES/NCIC CHECK

40. LOCATION OF OFFENSE: 1768 U ST. N.W. # 2 (REAR OF)
    DATE OF OFFENSE: 08-04-02   TIME OF OFFENSE: 0245
41. LOCATION OF ARREST: 1776 U ST N.W. (REAR ALLEY)
    DATE OF ARREST: 08-04-02   TIME OF ARREST: 0310
42. ASSISTING OFFICER: GRAJALES, OSCAR, OFC. 3282, MPDC
    ASSISTING OFFICER: ANDERSON, OFC. 3843, MPDC
43. DEFENDANT ADVISED OF RIGHTS – LOCATION: "NOT QUESTIONED"

44. COMPLAINANTS / WITNESSES
W-1: ANDREWS, JENNIFER H. 1768 U ST N.W. # 2   20009
     BIRTHDATE: 02-09-75   HOME PHONE: 2-255-1001   WORK PHONE: 2-588-5288

45. SPEC OPS: TACT 301
46. TACTICS: 2 – Radio Run
47. PREMISES: 5 – Apartment
48. SCHOOL ZONE ☐  PUBLIC HOUSING ☐

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|
| 1. ATTEMPT BURGLARY I | | 116-086 | Lock up | |
| 2. FELONY THREATS | | 116-086 | Lock up | |
| 3. DESTRUCTION OF PROPERTY (FELONY) | | 116-086 | Lock up | |

50. PROPERTY RECOVERY / ITEMS OF EVIDENCE
52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS: WANTS TO HURT GIRLFRIEND

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4 Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

| 55. EMPLOYMENT HISTORY (List present employment if any and time) | | | | | |
|---|---|---|---|---|---|
| FROM – DATE – TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION | |
| Present | REFUSED | | | | |
| 2. | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| GIRLFREIND | 02-09-75 | ANDREWS, JENNIFER | 1768 U ST. N.W. # 2 20009 | 2-255-1001 |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| NONE | ☐ YES ☒ NO ☐ REFUSED | |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)

The event occurred on 08-04-02 at approximately 0245 at 1768 U ST. N.W. # 2 (REAR OF) in Washington DC.

While working as a plainclothes unit in P.S.A. 301, I answered a call from the dispatcher to assist Ofc. Grajales (3091). The call was for a burglary I in progress at the listed location. Once on the scene I drove around to the rear of the location. I asked the dispatcher for a look out for the suspect, which was a white male in a white tee-shirt and black pants. While driving down the alley I noticed D-1 (later identified as Howard Micheal Tafler) walk from the location at a fast pace westbound towards 18th street N.W. I exited my vehicle and approached D-1. D-1 looked back and began to walk faster thru the alley. I ran and stopped D-1 at the mouth of the alley. W-1 came around with Ofc. Grajales and said that D-1 was asked to leave earlier in the day. While W-1 was at work D-1 called and screamed and yelled about their relationship. When W-1 got home D-1 called and said I'm coming over there, who is this Josh motherfucker? I'm going to kill you., I'll be there in five minutes. A short time later D-1 showed up at W-1's back door and began kicking and prying at the door, and screaming at W-1. W-1 ran out of the apartment and drove off in here car and called the police. further investgation revealled the D-1 destoyed a table on W-1's patio area. There were numerous scratch marks to the door and door jam of the patio door, but D-1 was not able to gain entry to the apartment.

An interview of D-1 was attempted but was refused. D-1 was placed under arrest for Attempt Burglary I, Felony Threats, and Destruction of Property. D-1 was transported to 3-D for processing.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

**62. RECORD CLERK'S NAME**

| ARREST RECORD SUMMARY | | | | | | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|---|---|
| 1. | 2. | 3. | 4. | 5. | 6. | 1131-245 |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☒ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME - OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| ANTHONY HECTOR | 485 | OFC. | | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| *Anthony Hector* | 3-D | 8/4/2002 | 3D | 8/4/02 |

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES
vs.

Howard Micheal Tafler

event occurred on 08-04-02 at approximately 0245 at 1768 U ST. N.W. # 2 (REAR OF) in Washington DC.

hile working as a plainclothes unit in P.S.A. 301, I answered a call from the dispatcher to assist Ofc. Grajales (3091). The call was a burglary I in progress at the listed location. Once on the scene I drove around to the rear of the location. I asked the dispatcher for a look out for the suspect, which was a white male in a white tee-shirt and black pants. While driving down the alley I noticed D-1 (later identified as Howard Micheal Tafler) walk from the location at a fast pace westbound towards 18th street N.W. I exited my vehicle and approached D-1. D-1 looked back and began to walk faster thru the alley. I ran and stopped D-1 at the mouth of the alley. W-1 came out and with Ofc. Grajales and said that D-1 was asked to leave earlier in the day. While W-1 was at work D-1 called and screamed and yelled about their relationship. When W-1 got home D-1 called and said I'm coming over there, who is this Josh motherfucker? I'm going to kill you., I'll be there in five minutes. A short time later D-1 showed up at W-1's back door and began kicking and prying at the door, and screaming at W-1. W-1 ran out of the apartment and drove off in here car and called the police. further investgation revealled the D-1 destroyed a table on W-1's patio area. There were numerous scratch marks to the door and door jam of the patio door, but D-1 was not able to gain entry to the apartment.

An interview of D-1 was attempted but was refused. D-1 was placed under arrest for Attempt Burglary I, Felony Threats, and Destruction of Property. D-1 was transported to 3-D for processing.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption

Subscribed and sworn before me this   5   Day of  Aug.   200_

_____    485           3RD        _____
Police Officer         Badge         District    Deputy Clerk