# Lessons In Force

DOJ Approved Lesson Plans From The Use of Force Curriculum
2005-06

Commander Cheryl Pendergast, Director of Training
Mr. Byron D. Williams, Academic Director



Charles H. Ramsey
Chief of Police

Case 1:05-cv-01563-PLF    Document 44-13    Filed 09/17/2007    Page 1 of 4

## Introduction

I am pleased to introduce a bound copy of MPD's current Use of Force Curriculum. With the exception of the Pistol Re-certification lesson plan which changes each semi-annum, these lesson plans are the quantification of MPD's agreement with the DOJ.

For a departmental policy to be successful it must represent the interests of different and often antagonistic *quadrants* of a society.

- To enforce the law, the individual officer must have the *will and dedication* to endure an arduous and often dangerous profession.

- That dedication must be *informed and tempered* by the cultural and departmental environment in which that officer performs their duties.

- The department's *cultural ethos* must reflect and not conflict with the societal goals from which it receives its authority, and;

- That society must *quantify* its goals so that all concerned are aware of what behavioral and procedural norms are expected.

Using this "4 Quadrant" model, we believe we've produced a curriculum that will not only satisfy the language of the Memorandum of Agreement, but will serve as a benchmark program in the area of use of force.


Commander Cheryl Pendergast
Director
Institute of Police Science

*[signature]*

Mr. Byron D. Williams, CDS
Director
Academic Services Branch

*[signature]*

# Table of Contents

Pistol Recertification.................................................................... 1

Arrest & Custody.......................................................................... 31

Defensive Tactics (Krav Maga)..................................................... 53

Diversity Awareness.................................................................... 66

Domestic Violence....................................................................... 76

Handcuffing................................................................................ 144

Interview & Interrogation............................................................ 158

Misconduct Investigations.......................................................... 181

Oleoresin Capsicum (O.C.) Spray................................................ 192

Officer Street Survival................................................................ 202

Use of Force Incident Reporting Form........................................ 234

Use of Force Booklet.................................................................. 241

Use of Force/Use of Force Continuum........................................ 255

Use of Force Review Board........................................................ 283

Verbal Judo................................................................................ 291

Arrest & Custody

3. **REGULATIONS**

   a. Members will use the minimum amount of force necessary to restrain a prisoner.

   b. Members who have custody of a prisoner and observe any visible injuries and/or life-threatening condition shall contact an official and arrange for immediate transport for medical treatment.

   c. Prisoners shall be treated in a humane manner. Members shall not use harsh, violent, or obscene language toward prisoners.

   d. Members shall keep the prisoner under continuous observation and stay within a reasonable distance to maintain constant control when moving a prisoner from one location to another, until the prisoner is in a cell.

   e. Members shall use restraints, such as handcuffs, to prevent a prisoner from injuring anyone and escaping. Also, leg restraints and flex cuffs may be used to secure a prisoner who violently resists arrest.

   f. Members transporting a prisoner shall conduct a field search on the scene for their own safety and the safety of others at the time of arrest, unless the situation warrants immediate transport for the safety of the officer or prisoner. Any weapons, evidence or contraband recovered can be used as evidence.

   g. Members shall thoroughly search the vehicle they are assigned at the beginning and at the end of their tour of duty. In addition, transport vehicles shall be searched prior to and after each transport assignment. Members finding property and/or contraband will immediately secure it and notify an official.

---

Departmental policy is that we DO NOT hog tie individuals.

Hog Tie is defined as connecting the ankles to the wrists behind the back while the subject lies in a position that requires them to support the weight of the body on the abdomen or chest.

55 minutes