Pistol Re-certification

# METROPOLITAN POLICE DEPARTMENT



Maurice T. Turner Jr., Institute of Police Science

4665 Blue Plains Drive, Washington, D.C., 20032



**COURSE TITLE:** In-Service Pistol Re-certification

**LESSON TITLE:** Use of Force, Care & Cleaning, Safety, General Orders

**PREPARED BY:** Range Staff

**DATE:** July, 2005

### TIME FRAME

Classroom:   100 Minutes

Range:   Approx. 2 hrs. Per 10 shooters

### PARAMETERS

Audience: Sworn Personnel, Return to Duty Personnel
Number: 20
Space: Classroom, Indoor Range
Range 2000 Facility
Simmunitions Facility

### PERFORMANCE OBJECTIVES

To Re-familiarize officers with:

1. Current Use of Force Policy and changes to General Orders.
2. Department procedures for the safe use, carrying, cleaning and storage of authorized firearms.
3. Effective shooting techniques and judgment.

### ASSESSMENT TECHNIQUE

1. Facilitated discussion on topic/subject.
2. Questions to class.
3. Demonstration.
4. Practical Exercises
5. Must score 43/52 on live fire portion

1

Pistol Re-certification

1. Members may use deadly force in the performance of their police duties as follows:

    a. When it is necessary and objectively reasonable, **AND**.

    b. To defend himself or herself or another from an actual or threatened attack that is **imminent** and could result in death or serious bodily injury.

b. **Fleeing Felon**

Members may use deadly force to apprehend a fleeing felon **ONLY** when every other reasonable means of effecting the arrest or preventing the escape has been exhausted, **AND**

1. The suspect fleeing poses an immediate threat of death or serious bodily injury to the member or others, **OR**

2. There is probable cause to believe the crime committed or attempted was a felony, which involved an actual or threatened attack, which could result in death or serious bodily harm, **AND**

    a) There is probable cause to believe the person fleeing committed or attempted to commit the crime, **AND**

    b) Failure to immediately apprehend the person places a member or the public in immediate danger of death or serious bodily injury. **AND**

    c) The lives of innocent persons will not be endangered if deadly force is used.

Reminder: As with any use of a service weapon, where feasible, the officer must issue a warning.

9. **Procedural Guidelines**

    A. Notification and Reporting of a Use of Force Incident.

    1. Incidents to be Reported

        a. All use of force incidents except for:

| | |
|---|---|
| | Ref. GO-RAR-901.07, Use of Force Oct. 7, 2002 |
| | 35.00 |
| | GO-RAR - 901.07, Use of Force Oct. 7, 2002 |
| | 40.00 |

15

| Pistol Re-certification | |
|---|---|
| Cooperative or contact controls unless there has been a resulting injury or the suspect complains of pain following the use of cooperative or contact controls.<br><br>b. Any time an officer is in receipt of an allegation of excessive use of force, or whenever a member draws and points a firearm at or in the direction of another person.<br><br>**2. Member Responsibilities**<br><br>Members shall notify their supervisor and complete a PD form 901-e immediately following:<br><br>- Any use of force.<br>- A receipt of an allegation of excessive force.<br>- Immediately following the drawing of and pointing of a firearm at or in the direction of another person.<br><br>**3. Supervisor Responsibilities**<br><br>When a member has declined to complete the use of force incident report immediately following an incident the supervisor shall:<br>- Compel the member to complete the report following a declination, by the U.S. Attorney's Office and/or issuance of an authorized Reverse-Garrity warning.<br><br>Conclusion<br><br>The Use of Force Continuum is a tool designed to give members a logical path to follow through a progressive application of force appropriate to the subject's actions.<br><br>Only through a comprehensive understanding of the laws and rules governing the use of force can an officer correctly and effectively execute his or her police mission.<br><br>**Ten Minute Break** | 45.00<br><br><br><br><br><br><br><br><br><br><br><br>55.00 |

16