```
re                                      METROPOLITAN POLICE DEPARTMENT
8-402
PLAINT                                          WASHINGTON, D.C.
BER
116-086
ELEMENT                                 ARRESTEE'S INJURY/ILLNESS REPORT
3RD
```

**REQUEST FOR EXAMINATION AND TREATMENT**

admission of **HOWARD M. TAPIER** of **1768 U ST. N.W. #2**

D. C. General Hospital is requested for examination and treatment. There is a charge of **B-I + Felony Threats** pending against him/her that was made by **OFC. HECTOR**. You are requested to notify **3RD DISTRICT** Prior to his/her release.

and Time Transported to Hospital.    Transported By

**HOSPITAL/ATTENDING PHYSICAN REPORT**

Treated and Returned to Police Custody
Treated and Admitted
Treatment Refused by Patient Against Advice of Attending Physician
Admission Refused by Patient Against Advice of Attending Physician

Physician's Remarks: abrasion/laceration x3 to upper lip and chin repaired, return for suture removal 5 days.

and Time Returned    Transported By

**REPORT OF INJURY OR ILLNESS OF ARRESTEE**

re of or cause of arrestee's injury or illness: **LACERATION TO CHIN AND NOSE DUE TO FALL WHEN ATTEMPTING TO FLEE FROM POLICE.**

tify that the above ☐ injury/ ☐ illness was received in the manner described above.

ture of Reporting Officer: Anthony Hector    Signature of Arrestee ☐ Signature Refused

**ARRESTEE'S ACCOUNT OF INCIDENT**    THUMBPRINT

**I WAS TACKLED BY THE POLICE AND SCRAPED MY CHIN ON THE CEMENT.**

ee's Signature: **REFUSE**    Date:

3 REV. 11/93    Page ___ of ___

**EXHIBIT A**