UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HOWARD TAFLER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-1563 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE

The Clerk of the Court will note that Exhibits B and C to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Docket No. 46) have been filed under seal with the Clerk pursuant to the Protective Order entered in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, Section II

   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov