UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD TAFLER, )<br>  )<br>         Plaintiff, )<br>  )<br>    v. )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>  )<br>         Defendants. )<br>  ) | Civil Action No. 05-1563 (PLF) |

ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that defendants' motion for summary judgment [38] is GRANTED in part and DENIED in part.  Specifically, the motion is granted with respect to the District of Columbia and denied with respect to Officer Hector; it is

FURTHER ORDERED that JUDGMENT is entered for the District of Columbia on Counts I and IV of the amended complaint; and it is

FURTHER ORDERED that a status conference is scheduled for April 8, 2008 at 9:15 a.m.  The parties should come to the status conference prepared to discuss whether and how to proceed with mediation or settlement discussions, and other pretrial and trial matters.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 27, 2008