UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HOWARD TAFLER,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      Civil Action No. 05-1563 (PLF)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
_____)

REFERRAL ORDER

This matter came before the Court for a status conference on April 10, 2008. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Kay for settlement discussions, beginning on April 10, 2008; discussions shall conclude on or before June 13, 2008. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference. The parties shall file a joint report with the Court on or before June 13, 2008, informing the Court as to the prospects of settlement and the status of the trial dates set at today's status conference.

SO ORDERED.

                              _____/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: April 10, 2008