Co 299 (Revised DC 03/00)

CATEGORY: L

| CAUSE OF ACTION: | Civil Rights Act | | | |
|---|---|---|---|---|
| CASE NO: <br> CA 05-1563 | DATE REFERRED: <br> 4/10/2008 <br><br> DISPOSITION DATE: | PURPOSE: <br> Settlement discussions beginning 4/10/2008 and concluding on or before 6/13/2008. | JUDGE: <br> Paul L. Friedman | MAG. JUDGE <br> Alan Kay |

| PLAINTIFF(S): <br> Howard Tafler | DEFENDANT(S): <br> District of Columbia, et al. |
|---|---|

ENTRIES: