**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **HOWARD TAFLER** | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No: 05CV01563 |
| | ) JUDGE: Paul L. Friedman |
| **THE DISTRICT OF COLUMBIA, et al** | ) |
|     Defendant(s) | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW APPEARANCE**

COMES NOW, Jude C. Iweanoge of THE IWEANOGES' FIRM, PC, attorney for Plaintiff Howard Tafler and pursuant to District of Columbia Rules of Professional Responsibility 1.16 and with the consent of Howard Tafler, respectfully moves to withdraw his appearance in this case and the appearance of THE IWEANOGES FIRM, PC and in support thereof states as follows:

1. The withdrawal is necessitated by irreconcilable differences between Plaintiff and undersigned counsel, which cannot be fully disclosed in this motion due to confidentiality restrictions under D.C. Rules of Professional Responsibility Rule 1.6.

2. That Plaintiff is aware of this withdrawal and consents to it. Moreover, Plaintiff has been advised through written communication to retain another attorney to represent him or inform the court, in writing, that he will represent himself.

3. That Defendant would not be prejudiced by our withdrawal under the circumstance.

WHEREFORE, Jude C. Iweanoge, respectfully request that this honorable Court enter an Order striking his appearance and THE IWEANOGES' FIRM, PC in this case.

Respectfully submitted,
THE IWEANOGES' FIRM P.C.


By:_____/s/_____
Jude C. Iweanoge
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 28th April 2008 a copy of the foregoing Motion was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendant through the court's e-file system. I FURHTER CERTIFY that a copy of this motion has been served on Plaintiff, Howard Tafler by first class mail postage prepaid to 428 Mark Place Philadelphia, PA 19115


_____/s/_____
Jude C. Iweanoge