The Honorable Judge Paul L. Friedman
U. S. District Court Clerk's Office
Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

## MOTION

I would like to file this motion to request that the Court intervene on my behalf in order to obtain records pursuant to a legal matter, case name: **Tafler v. District of Columbia, et al.**, case number: **1:05-cv-1563**.

I have requested from my former attorney, Jude C. Iweanoge, on multiple occasions that all records be forwarded to me and any documents related to this case. Mr. Iweanoge withdrew himself from said case and is no longer representing me in this matter. I have court dates approaching and have already postponed certain other court appearances related to this case due to his ineffective counsel and withholding of legal documents, which I need in order to find new counsel, and without which jeopardizes my case. I request the Court's assistance to move forward.

Mr. Iweanoge had originally told me he'd send me these documents via C.O.D., which I agreed to, but to this date the records have yet to be sent by him, or received by me.

With this motion I formally request an order be made to direct Jude Iweanoge, of the Iweanoges' Firm, P.C., 1026 Monroe Street, NE, Washington, D.C. 20017, to forward any and all documents and records to me.

Respectfully submitted,

By: _____Howard Tafler_____  date: 9/8/08
Howard Tafler, pro se         September 8, 2008
428 Mark Place
Philadelphia, PA 19115
(215) 698-1446

**RECEIVED**
SEP 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Honorable Judge Paul L. Friedman
U. S. District Court Clerk's Office
Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

## MOTION

I hereby request that the court acknowledge and deem inappropriate the ineffective counsel of my former attorney, Jude C. Iweanoge, in **Tafler v District of Columbia, et al.,** case # **1:05-cv-1563**. Mr. Iweanoge, of the Iweanoges' Law Firm, was negligent in his failure to file certain memoranda of points and authorities in opposition to a motion for summary judgement within the prescribed time, causing formerly filed motions to be conceded and, specifically, for summary judgment to be granted for the District of Columbia with respect to plaintiff's claim of negligent failure to train, supervise and control Metropolitan Police Officers. His intent to not follow through on this count was never mentioned or discussed with me, nor was my approval ever given to concede this point.

Additionally, Mr. Iweanoge failed to see that Officer Oscar Grajales was properly served in a timely manner as to be included in this case. Because Officer Grajales was not served himself, rather his father was served instead in the wrong state and at Mr. Iweanoge's direction, my conspiracy claim against the District was dismissed.

Mr. Iweanoge's ineffective counsel has caused my case irreparable harm and me mental anguish. Also, he withdrew himself from the case without warning and, as the first of many Court dates were approaching, left me with no counsel. These points, in addition to his withholding of documents that further prevents my forward progress in this case, as well as my resultant inability to find new counsel, all serve to show his lack of due diligence and negligence in managing my case. I am now acting pro se, but hope that new counsel will be able to repair some of the damage he has done.

Mr. Iweanoge has also informed me that he will be placing a lien against me for "reasonable attorney's fees" in this, a contingency-based case from which he prematurely withdrew himself of his own volition. Since no settlement has been reached under his stewardship, I attest that these fees would actually be unreasonable, as his labor bore no monetary settlement. I am on permanent disability and cannot afford any such fees. Our contingency agreement stipulated percentages based on either Courtroom or Out-of-Court settlements only. I request that any such lien not be granted, and if any lien already has that it be repealed

In conclusion, this motion formally requests for the Court to recognize the ineffective counsel of Mr. Iweanoge and order in such a way that new counsel may attempt to correct the mistakes and inactions of said previous counsel. Additionally, I request that no lien be placed against me for "reasonable attorney's fees" in this case, as they are, in fact, unreasonable.

Respectfully submitted,

By: _Howard Tafler_ date: 9/8/08
Howard M. Tafler, *pro se*     September 8, 2008
428 Mark Place
Philadelphia, PA 19115
(215) 698-1446